1   Robert C. Weiss (State Bar No. 39,929)
    rcweiss@jonesday.com
2   Charles A. Kertell (State Bar No. 181,214)
    cakertell@jonesday.com
3   JONES DAY
    555 South Flower Street, 50th Floor
4   Los Angeles, CA 90071
    Telephone: (213) 489-3939
5   Facsimile: (213) 243-2539

6   Attorneys for Plaintiff
    MAG INSTRUMENT, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  MAG INSTRUMENT, INC., a              Case No.  CV08-02780 GAF
    California corporation,
12                                                                (CTx)
                     Plaintiff,          COMPLAINT FOR PATENT
13                                       INFRINGEMENT, FEDERAL
          v.                             TRADEMARK INFRINGEMENT,
14                                       FEDERAL FALSE DESIGNATION
                                         OF ORIGIN, FEDERAL
15  NATIONAL BROOM COMPANY               TRADEMARK DILUTION,
    OF CALIFORNIA, INC. dba JLR          CALIFORNIA UNFAIR
16  GEAR, a California corporation,      COMPETITION, CALIFORNIA
    and DOES 1-10,                       TRADEMARK DILUTION,
17                                       COMMON LAW TRADEMARK
                     Defendants.         INFRINGEMENT, AND COMMON
18                                       LAW UNFAIR COMPETITION

19                                       DEMAND FOR JURY TRIAL

20

21

22

23

24

25

26

27

28

LAI-2927788v1

1    Plaintiff, Mag Instrument, Inc. ("Mag Instrument"), files this Complaint

2    against defendants, National Broom Company of California, Inc. dba JLR Gear

3    ("JLR Gear") and DOES 1-10, and demanding a trial by jury, alleges as follows:

4    **JURISDICTION AND VENUE**

5    1.    The FIRST through THIRD causes of action are for patent

6    infringement, which arise under the patent laws of the United States, Title 35,

7    United States Code. This Court has original jurisdiction over the subject matter of

8    these causes of action pursuant to the provisions of 28 U.S.C. §§1331 and 1338(a).

9    2.    This Court also has original jurisdiction over the subject matter of the

10    FOURTH through SIXTH causes of action pursuant to the provisions of 28 U.S.C.

11    §§1331 and 1338(a), as well as 15 U.S.C. §1121, because these causes of action are

12    for federal trademark infringement, federal false designation of origin, and federal

13    trademark dilution, respectively, which arise under the Trademark (Lanham) Act of

14    1946, as amended, 15 U.S.C. §1051, et seq.

15    3.    This Court also has original jurisdiction over the subject matter of the

16    SEVENTH through TENTH causes of action pursuant to the provisions of 28

17    U.S.C. §1338(b), because these causes of action are for California unfair

18    competition under California common law and Business and Professions Code

19    §17200, California trademark dilution under Business and Professions Code

20    §14247, and California trademark infringement in violation of California common

21    law, all of which are claims for unfair competition under California law that are

22    joined with a substantial and related claim under the trademark laws of the United

23    States.

24    4.    Further, this Court has supplemental jurisdiction over the SEVENTH

25    through TENTH causes of action, which assert state law claims, pursuant to the

26    provisions of 28 U.S.C. §1367(a). These state law claims are so related to the other

27    claims in this case, over which this Court has original jurisdiction, that they form a

28

LAI-2927788v1

1 | part of the same case or controversy under Article III of the United States
2 | Constitution.

3 |      5.     Upon information and belief, venue is proper under 28 U.S.C.
4 | §§1391(b) and 1391(c), as well as 28 U.S.C. §1400(b).

5 | **THE PARTIES**

6 |      6.     Mag Instrument is a corporation incorporated under the laws of the
7 | State of California and has its principal place of business at 2001 South Hellman
8 | Avenue, Ontario, California 91761.

9 |      7.     Upon information and belief, JLR Gear is a corporation incorporated
10 | under the laws of the State of California and has its principal place of business at
11 | 1451 Doolittle Drive, San Leandro, California 94577-2225.

12 |      8.     Upon information and belief, JLR Gear resides in this district under 28
13 | U.S.C. §1391. In particular, JLR Gear does business in this district and a
14 | substantial part of the events giving rise to the claims in this case occurred in this
15 | district.

16 |      9.     Mag Instrument is not fully informed regarding the involvement of the
17 | defendants sued herein under the fictitious names DOES 1-10, inclusive (the "Doe
18 | Defendants"). Upon information and belief, the Doe Defendants are involved with
19 | JLR Gear and/or the activities alleged herein. Mag Instrument has thus sued the
20 | Doe Defendants by their fictitious names. Mag Instrument will seek leave to
21 | amend this Complaint to allege the true names, capacities, and residences of the
22 | Doe Defendants when their involvement is ascertained. JLR Gear and the Doe
23 | Defendants are hereinafter collectively referred to as the "Defendants."

24 |      10.    Mag Instrument is informed and believes, and thereupon alleges, that
25 | the Doe Defendants, and each of them, are responsible in some manner, by their
26 | acts and/or omissions, for the matters alleged herein. Mag Instrument is further
27 | informed and believes, and thereupon alleges, that the Doe Defendants, and each of
28 | them, at all material times herein alleged, were the agents, servants, and/or

LAI-2927788v1

1   employees of the other Defendants, or otherwise participated in the improper

2   conduct alleged herein.

3                          **FIRST CAUSE OF ACTION**

4                 **(Patent Infringement – 35 U.S.C. §271, et seq.)**

5                    **(United States Patent No. 5,143,441)**

6          11.    Mag Instrument repeats, realleges, and incorporates by reference, as

7   though fully set forth herein, the allegations contained in paragraphs 1-10, above.

8          12.    On September 1, 1992, United States Patent No. 5,143,441 ("the '441

9   patent"), entitled "Miniature Flashlight," was duly and legally issued in the name of

10  Anthony Maglica.  By virtue of proper assignment, Mag Instrument has acquired

11  and duly owns all right, title, and interest in this patent, including the right to sue

12  and recover for infringement thereof.  A copy of the '441 patent is attached hereto

13  as **Exhibit 1**.

14         13.    Upon information and belief, Defendants have notice of Mag

15  Instrument's rights in the '441 patent.

16         14.    Defendants have infringed the '441 patent by manufacturing, using,

17  importing, offering to sell, and/or selling flashlights embodying one or more of the

18  inventions claimed therein within the United States, or by supplying infringing

19  products to others to use, thereby inducing and/or contributing to the infringement

20  of the '441 patent.

21         15.    Defendants' continuing infringement has inflicted and, unless

22  restrained by this Court, will continue to inflict great and irreparable harm upon

23  Mag Instrument.  Mag Instrument has no adequate remedy at law.  Mag Instrument

24  is entitled to preliminary and permanent injunctions enjoining Defendants from

25  engaging in further acts of infringement.

26         16.    As a direct and proximate result of the foregoing acts of Defendants,

27  Mag Instrument has suffered, and is entitled to, monetary damages in an amount

28  not yet determined.  Mag Instrument is also entitled to its costs of suit and interest.

LAI-2927788v1

4

17.     Upon information and belief, Defendants' acts were in conscious and willful disregard for Mag Instrument's rights, and the resulting damage to Mag Instrument is such as to warrant the trebling of damages in order to provide just compensation.

## SECOND CAUSE OF ACTION

### (Patent Infringement – 35 U.S.C. §271, et seq.)

### (United States Patent No. D530,438)

18.     Mag Instrument repeats, realleges, and incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1-10, above.

19.     On October 17, 2006, United States Patent No. D530,438 ("the '438 patent"), entitled "Miniature Flashlight," was duly and legally issued in the name of Anthony Maglica.  By virtue of proper assignment, Mag Instrument has acquired and duly owns all right, title, and interest in this patent, including the right to sue and recover for infringement thereof.  A copy of the '438 patent is attached hereto as **Exhibit 2**.

20.     Upon information and belief, Defendants have notice of Mag Instrument's rights in the '438 patent.

21.     Defendants have infringed the '438 patent by manufacturing, using, importing, offering to sell, and/or selling flashlights embodying one or more of the inventions claimed therein within the United States, or by supplying infringing products to others to use, thereby inducing and/or contributing to the infringement of the '438 patent.

22.     Defendants' continuing infringement has inflicted and, unless restrained by this Court, will continue to inflict great and irreparable harm upon Mag Instrument.  Mag Instrument has no adequate remedy at law.  Mag Instrument is entitled to preliminary and permanent injunctions enjoining Defendants from engaging in further acts of infringement.

23.     As a direct and proximate result of the foregoing acts of Defendants, Mag Instrument has suffered, and is entitled to, monetary damages in an amount not yet determined.  Mag Instrument is also entitled to its costs of suit and interest.

24.     Upon information and belief, Defendants' acts were in conscious and willful disregard for Mag Instrument's rights, and the resulting damage to Mag Instrument is such as to warrant the trebling of damages in order to provide just compensation.

### THIRD CAUSE OF ACTION

### (Patent Infringement – 35 U.S.C. §271, et seq.)

### (United States Patent No. D530,439)

25.     Mag Instrument repeats, realleges, and incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1-10, above.

26.     On October 17, 2006, United States Patent No. D530,439 ("the '439 patent"), entitled "Flashlight," was duly and legally issued in the name of Anthony Maglica.  By virtue of proper assignment, Mag Instrument has acquired and duly owns all right, title, and interest in this patent, including the right to sue and recover for infringement thereof.  A copy of the '439 patent is attached hereto as **Exhibit 3**.

27.     Upon information and belief, Defendants have notice of Mag Instrument's rights in the '439 patent.

28.     Defendants have infringed the '439 patent by manufacturing, using, importing, offering to sell, and/or selling flashlights embodying one or more of the inventions claimed therein within the United States, or by supplying infringing products to others to use, thereby inducing and/or contributing to the infringement of the '439 patent.

29.     Defendants' continuing infringement has inflicted and, unless restrained by this Court, will continue to inflict great and irreparable harm upon Mag Instrument.  Mag Instrument has no adequate remedy at law.  Mag Instrument

1    is entitled to preliminary and permanent injunctions enjoining Defendants from

2    engaging in further acts of infringement.

3        30.    As a direct and proximate result of the foregoing acts of Defendants,

4    Mag Instrument has suffered, and is entitled to, monetary damages in an amount

5    not yet determined.  Mag Instrument is also entitled to its costs of suit and interest.

6        31.    Upon information and belief, Defendants' acts were in conscious and

7    willful disregard for Mag Instrument's rights, and the resulting damage to Mag

8    Instrument is such as to warrant the trebling of damages in order to provide just

9    compensation.

10                        **FOURTH CAUSE OF ACTION**

11    **(Federal Trademark Infringement–SSOA of the MINI MAGLITE® Flashlight)**

12                        **(15 U.S.C. §1051, et seq.)**

13        32.    Mag Instrument repeats, realleges, and incorporates by reference, as

14    though fully set forth herein, the allegations contained in paragraphs 1-10, above.

15        33.    For many years, and prior to the acts of Defendants complained of

16    herein, Mag Instrument has continuously manufactured, advertised, assembled,

17    marketed, sold, and distributed, in interstate and international commerce, high-

18    quality machined, anodized aluminum, high-intensity, adjustable beam flashlights,

19    including, but not limited to, a line of flashlights under the distinctive trademark

20    MINI MAGLITE®.  These flashlights are also characterized by their distinctive

21    shape, style, and overall appearance ("SSOA"), which is a trademark of Mag

22    Instrument.  These flashlights are further characterized by their outstanding quality,

23    extraordinary design, materials of construction, workmanship, performance,

24    reliability, durability, and outstanding optical features.

25        34.    The SSOA of the MINI MAGLITE® flashlight is inherently distinctive,

26    non-functional, and has acquired secondary meaning in that it has come to be

27    associated by the trade and consuming public exclusively with Mag Instrument and,

28

LAI-2927788v1

7

1   as a result, has come to signify Mag Instrument as the source of flashlights bearing

2   the same or similar characteristics.

3         35.    Mag Instrument has obtained, and is the owner of, a federal

4   registration on the SSOA of the MINI MAGLITE® flashlight.  A copy of this

5   federal registration, United States Trademark Registration Number 2,074,795, is

6   attached hereto as **Exhibit 4**.  This registration remains in full force and effect, and

7   has become incontestable.  At all relevant times, Mag Instrument has consistently

8   and continuously displayed the registration symbol "®" or its equivalent since the

9   mark has become registered.

10        36.    Mag Instrument has manufactured, advertised, marketed, and

11   promoted its flashlights and related products so that the public associates them with

12   the idea of outstanding quality, extraordinary design, materials, workmanship,

13   performance, reliability, durability, and outstanding optical features.  In furtherance

14   of that goal, Mag Instrument usually displays its products and the associated

15   trademarks in its advertising and promotional presentations.  To date, Mag

16   Instrument has spent several millions of dollars advertising and promoting its MINI

17   MAGLITE® flashlights and other flashlights and related products, and has had over

18   a billion dollars in sales of its flashlights and related products.

19        37.    Mag Instrument's flashlights are manufactured exclusively in the

20   United States of America.  Moreover, Mag Instrument's flashlights are sold with a

21   warranty, backed up by a full-service staff of full-time employees at the Ontario,

22   California facility.  Mag Instrument also employs several people in its customer

23   service department located at Mag Instrument's headquarters.

24        38.    Defendants have manufactured, advertised, distributed, marketed,

25   imported, promoted, offered for sale, and/or sold commercially in interstate

26   commerce certain flashlights, at least one of which is shown in **Exhibit 5** (the

27   "Katahdin Mountain Sports 'Mini' flashlight").  The Katahdin Mountain Sports

28

1  "Mini" flashlight bears a shape, style, and overall appearance that is the same as, or

2  confusingly similar to, the SSOA of Mag Instrument's MINI MAGLITE® flashlight.

3       39.   Defendants' manufacture, advertising, distribution, marketing,

4  importation, promotion, offer for sale, and/or sale of the Katahdin Mountain Sports

5  "Mini" flashlight, having a shape, style, and overall appearance that is the same as

6  or confusingly similar to that of Mag Instrument's MINI MAGLITE® flashlight, is

7  likely to cause confusion and, upon information and belief, has caused confusion

8  that the Katahdin Mountain Sports "Mini" flashlight is made by, sponsored by, or

9  affiliated with Mag Instrument.

10       40.   Defendants' use of the shape, style, and overall appearance of the

11  Katahdin Mountain Sports "Mini" flashlight is without the permission of Mag

12  Instrument.  This use is with the knowledge that the shape, style, and overall

13  appearance of the Katahdin Mountain Sports "Mini" flashlight is confusingly

14  similar to Mag Instrument's SSOA trademark, which has previously been and is

15  being used by Mag Instrument.

16       41.   Upon information and belief, Defendants had knowledge of Mag

17  Instrument's MINI MAGLITE® flashlight and the considerable commercial success

18  it has achieved.  Mag Instrument is informed and believes, and thereon alleges, that

19  Defendants willfully and with conscious disregard for Mag Instrument's product

20  configuration trademark in the MINI MAGLITE® flashlight manufactured,

21  advertised, distributed, marketed, imported, promoted, offered for sale, and/or sold

22  the Katahdin Mountain Sports "Mini" flashlight that is a colorable imitation of Mag

23  Instrument's product configuration trademark.

24       42.   The above-recited acts by Defendants constitute trademark

25  infringement of Mag Instrument's federally registered trademark in violation of the

26  Lanham Act, 15 U.S.C. §1051, et seq., to the substantial and irreparable injury of

27  the public and of Mag Instrument's business reputation and goodwill.

28

LAI-2927788v1

9

43.     As result of their acts, Defendants have been, and will continue to be, unjustly enriched by profits that Defendants have made in connection with the manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale of the Katahdin Mountain Sports "Mini" flashlight having a shape, style, and overall appearance that is confusingly similar to the SSOA of the MINI MAGLITE® flashlight.

44.     Defendants' continuing infringement has inflicted and, unless restrained by this Court, will continue to inflict great and irreparable harm upon Mag Instrument.  Mag Instrument has no adequate remedy at law.  Mag Instrument is entitled to preliminary and permanent injunctions enjoining Defendants from engaging in further acts of infringement.

45.     As a direct and proximate result of the foregoing acts of Defendants, Mag Instrument has suffered, and is entitled to, monetary damages in an amount not yet determined.  Mag Instrument is also entitled to its attorneys' fees and costs of suit herein.

46.     Upon information and belief, Defendants' acts were in conscious and willful disregard for Mag Instrument's rights to the SSOA trademark, and the resulting damage to Mag Instrument is such as to warrant the trebling of damages in order to provide just compensation.

## FIFTH CAUSE OF ACTION

**(False Designation of Origin – SSOA of the MINI MAGLITE® Flashlight)**

**(15 U.S.C. §1125(a))**

47.     Mag Instrument repeats, realleges, and incorporates by reference, as though fully set out herein, the allegations contained in paragraphs 1-10 and 33-46, above.

48.     Mag Instrument owns and enjoys common law trademark rights in the SSOA of the MINI MAGLITE® flashlight, which rights are superior to any rights that Defendants may claim in the product configuration with respect to the

LAI-2927788v1

1  Katahdin Mountain Sports "Mini" flashlight.  The SSOA for the MINI MAGLITE®

2  flashlight is inherently distinctive, non-functional, and has acquired secondary

3  meaning with the trade and consuming public and/or has become distinctive in the

4  minds of purchasers in that this SSOA for flashlights is associated with Mag

5  Instrument, as evidenced in part by the grant of United States Trademark

6  Registration No. 2,074,795 therefor.

7      49.    Upon information and belief, Defendants have used and are using the

8  shape, style, and overall appearance of the Katahdin Mountain Sports "Mini"

9  flashlight to sell, market, and promote their flashlight with the intent of passing off

10  and confusing the public into believing that the Katahdin Mountain Sports "Mini"

11  flashlight is the same as, originates with, and/or is sponsored by Mag Instrument.

12      50.    By manufacturing, advertising, distributing, marketing, importing,

13  promoting, offering for sale, and/or selling the Katahdin Mountain Sports "Mini"

14  flashlight, having a shape, style, and overall appearance that is confusingly similar

15  to that of Mag Instrument's MINI MAGLITE® flashlight, Defendants have infringed

16  on Mag Instrument's federal and common law trademark rights in the SSOA of the

17  MINI MAGLITE® flashlight in violation of Section 43(a) of the Lanham Act, 15

18  U.S.C. §1125(a).  Defendants' above-recited acts further constitute false designation

19  of origin, false description, false representation, and unfair competition in violation

20  of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), as such acts are likely to

21  deceive customers and prospective customers into believing that the Katahdin

22  Mountain Sports "Mini" flashlight is from or sponsored by Mag Instrument and, as

23  a consequence, are likely to divert and have diverted customers away from Mag

24  Instrument.

25      51.    If not enjoined by the Court, Defendants will continue to sell the

26  Katahdin Mountain Sports "Mini" flashlight in commerce, which flashlight will be

27  attributed to having emanated from Mag Instrument.  Mag Instrument, however,

28  has no control over the nature and quality of the Katahdin Mountain Sports "Mini"

LAI-2927788v1

1  flashlight so rendered, and any fault or objection with said flashlight will adversely

2  affect future sales by Mag Instrument of its flashlights under the SSOA trademark.

3       52.    As a result of their acts, Defendants have been, and will continue to be,

4  unjustly enriched by profits that Defendants have made in connection with their

5  manufacture, advertising, distribution, marketing, importation, promotion, offer for

6  sale, and/or sale of the Katahdin Mountain Sports "Mini" flashlight, that bears a

7  shape, style, and overall appearance that is confusingly similar to the SSOA

8  trademark.

9       53.    Defendants' continuing infringement has inflicted and, unless

10  restrained by this Court, will continue to inflict great and irreparable harm upon

11  Mag Instrument.  Mag Instrument has no adequate remedy at law.  Mag Instrument

12  is entitled to preliminary and permanent injunctions enjoining Defendants from

13  engaging in further acts of infringement.

14       54.    As a direct and proximate result of the foregoing acts of Defendants,

15  Mag Instrument has suffered, and is entitled to, monetary damages in an amount

16  not yet determined.  Mag Instrument is also entitled to its attorneys' fees and costs

17  of suit herein.

18       55.    Upon information and belief, Defendants' acts were in conscious and

19  willful disregard for Mag Instrument's rights to the SSOA trademark, and the

20  resulting damage to Mag Instrument is such as to warrant the trebling of damages in

21  order to provide just compensation.

## SIXTH CAUSE OF ACTION

### (Federal Trademark Dilution – SSOA Trademark)

### (15 U.S.C. § 1125(c))

25       56.    Mag Instrument repeats, realleges, and incorporates by reference, as

26  though fully set out herein, the allegations contained in paragraphs 1-10, 33-46, and

27  48-55, above.

28       57.    The SSOA trademark is a distinctive and famous mark.

LAI-2927788v1

58.   In connection with the Katahdin Mountain Sports "Mini" flashlight, Defendants began using a shape, style, and overall appearance confusingly similar to the SSOA trademark subsequent to the SSOA trademark becoming famous.

59.   Defendants' manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale of the Katahdin Mountain Sports "Mini" flashlight, that has a shape, style, and overall appearance that is the same or confusingly similar to that of Mag Instrument's SSOA trademark, causes dilution by lessening the capacity of the famous SSOA of Mag Instrument's MINI MAGLITE® flashlight to identify and distinguish flashlights.

60.   By reason of their acts complained of herein, Defendants have caused the dilution of the distinctive quality of the SSOA trademark, and lessened the capacity of the famous SSOA trademark to identify and distinguish flashlights in violation of 15 U.S.C. §1125(c).

61.   As a result of their acts, Defendants have been, and will continue to be, unjustly enriched by profits that Defendants have made in connection with their manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale of the Katahdin Mountain Sports "Mini" flashlight bearing a shape, style, and overall appearance that is confusingly similar to the SSOA trademark.

62.   As a direct and proximate result of the foregoing acts of Defendants, Mag Instrument has suffered, and is entitled to, monetary damages in an amount not yet determined.  Mag Instrument is also entitled to its attorneys' fees and costs of suit herein.

63.   Upon information and belief, Defendants' acts were in conscious and willful disregard for Mag Instrument's rights to the SSOA trademark, and the resulting damage to Mag Instrument is such as to warrant the trebling of damages in order to provide just compensation.

64.   Upon information and belief, Defendants willfully intended to trade on Mag Instrument's reputation and/or to cause dilution of Mag Instrument's famous

1  SSOA trademark.  Defendants' acts and the resulting damage to Mag Instrument are

2  such as to warrant the trebling of damages in order to provide just compensation.

3  Unless Defendants are restrained and enjoined by this Court, Defendants' actions

4  will continue to cause irreparable harm and injury to Mag Instrument.

5  <u>**SEVENTH CAUSE OF ACTION**</u>

6  **(California Statutory Unfair Competition)**

7  **(Cal. Bus. & Prof. Code §17200, et seq.)**

8       65.  Mag Instrument repeats, realleges, and incorporates by reference, as

9  though fully set out herein, the allegations contained in paragraphs 1-10, 33-46, 48-

10  55, and 57-64, above.

11       66.  In addition to its rights in the SSOA trademark, Mag Instrument also

12  owns and enjoys common law trademark rights in the candle mode shape of its

13  MINI MAGLITE® flashlight (the "Candle Mode trademark").  This shape is

14  distinctive, non-functional, and possesses secondary meaning with the trade and

15  consuming public and is distinctive in the minds of purchasers of Mag Instrument's

16  flashlights as being associated with Mag Instrument.  The Katahdin Mountain

17  Sports "Mini" flashlight is capable of having a shape, style, and overall appearance

18  that is the same as, or confusingly similar to, the Candle Mode trademark.

19       67.  Mag Instrument has built valuable goodwill in its SSOA trademark

20  and the Candle Mode trademark.  Defendants' manufacture, advertising,

21  distribution, marketing, importation, promotion, offer for sale, and/or sale of the

22  Katahdin Mountain Sports "Mini" flashlight, that has a shape, style, and overall

23  appearance that is the same or confusingly similar to that of Mag Instrument's

24  SSOA trademark and Candle Mode trademark, is likely to and does permit

25  Defendants to trade upon the goodwill of Mag Instrument's marks and to confuse

26  the public regarding a connection or affiliation between Mag Instrument and

27  Defendants.  This conduct results in damage to Mag Instrument's goodwill and

28  reputation and unjust enrichment of Defendants.

LAI-2927788v1

68.     By manufacturing, advertising, distributing, marketing, importing, promoting, offering for sale, and/or selling the Katahdin Mountain Sports "Mini" flashlight, that has a shape, style, and overall appearance that is the same or confusingly similar to that of Mag Instrument's SSOA trademark and Candle Mode trademark, Defendants mislead others, and will continue to mislead others, into assuming there is a connection between Defendants and Mag Instrument.

69.     Defendants' use of the Katahdin Mountain Sports "Mini" flashlight, that bears the same or a confusingly similar shape, style, and overall appearance to that of Mag Instrument's SSOA trademark and Candle Mode trademark, was and is without the consent of Mag Instrument.

70.     Defendants' manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale of the Katahdin Mountain Sports "Mini" flashlight, that has a shape, style, and overall appearance that is the same or confusingly similar to that of Mag Instrument's SSOA trademark and Candle Mode trademark, constitutes unfair competition in violation of §17200, et seq. of the California Business and Professions Code.

71.     Mag Instrument is informed and believes and thereon alleges that, unless restrained by this Court, Defendants will continue to infringe Mag Instrument's marks, and pecuniary compensation will not afford Mag Instrument adequate relief for the damage to its trademark in the public perception.

72.     As a result of their acts complained of herein, Defendants have been, and will continue to be, unjustly enriched by profits which Defendants made in connection with the manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale of the Katahdin Mountain Sports "Mini" flashlight bearing a shape, style, and overall appearance that is the same or confusingly similar to that of Mag Instrument's SSOA trademark and Candle Mode trademark.

LAI-2927788v1

**EIGHTH CAUSE OF ACTION**

**(California Trademark Dilution – SSOA Trademark)**

**(Cal. Bus. & Prof. Code §14247)**

73.     Mag Instrument repeats, realleges, and incorporates by reference, as though fully set out herein, the allegations contained in paragraphs 1-10, 33-46, 48-55, 57-64, and 66-72, above.

74.     The SSOA trademark is a distinctive and famous mark.  Mag Instrument, through the SSOA trademark, enjoys a reputation in California for excellence and style for the products it sells.

75.     In connection with the Katahdin Mountain Sports "Mini" flashlight, Defendants began using a shape, style, and overall appearance confusingly similar to the SSOA trademark after the SSOA trademark became famous.

76.     Defendants' manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale of the Katahdin Mountain Sports "Mini" flashlight, that has a shape, style, and overall appearance that is the same or confusingly similar to that of Mag Instrument's SSOA trademark, has injured the business reputation of Mag Instrument and dilutes and/or is likely to dilute the distinctive value of the SSOA trademark in violation of California Business and Professions Code §14247.

77.     Injury to Mag Instrument and dilution of the SSOA Trademark will continue, all to Mag Instrument's irreparable harm, unless Defendants are enjoined by this Court.

78.     Mag Instrument has no adequate remedy at law.

**NINTH CAUSE OF ACTION**

**(Common Law Trademark Infringement)**

79.     Mag Instrument repeats, realleges, and incorporates by reference, as though fully set out herein, the allegations contained in paragraphs 1-10, 33-46, 48-55, 57-64, 66-72, and 74-78, above.

LAI-2927788v1

80.    By reason of Mag Instrument's continuous use and promotion of the SSOA trademark and the Candle Mode trademark, as well as the distinctiveness of those marks, consumers associate and recognize the SSOA trademark and the Candle Mode trademark as representing a single, even if anonymous, source or sponsor of goods, and therefore the SSOA trademark and the Candle Mode trademark are protectable trademarks at common law.

81.    Mag Instrument owns and enjoys common law trademark rights in the overall commercial impression and presentations of its MINI MAGLITE® flashlight, in both normal and candle mode, which rights are superior to any rights that Defendants may claim in and to said trademarks with respect to their flashlight. Mag Instrument's SSOA trademark and Candle Mode trademark are inherently distinctive, non-functional, and have acquired secondary meaning with the trade and consuming public and/or have become distinctive in the minds of purchasers in that the SSOA trademark and Candle Mode trademark for flashlights are associated with Mag Instrument.

82.    Defendants have used the Katahdin Mountain Sports "Mini" flashlight, that bears a confusingly similar appearance to Mag Instrument's MINI MAGLITE® flashlight in normal and candle mode.  Defendants' use of a similar appearance for the Katahdin Mountain Sports "Mini" flashlight has created a likelihood that the trade and consuming public will be confused as to the source of the products.

83.    The manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale by Defendants of the Katahdin Mountain Sports "Mini" flashlight throughout the United States is likely to cause confusion and, upon information and belief, has caused confusion as to the source of the Katahdin Mountain Sports "Mini" flashlight in that purchasers thereof will be likely to associate or have associated such product as originating with Mag Instrument, all to the detriment of Mag Instrument.

LAI-2927788v1

84.    By reason of Defendants' actions alleged herein, Mag Instrument has suffered, and will continue to suffer, irreparable injury to its rights and suffer substantial loss of goodwill and in the value of its SSOA trademark and Candle Mode trademark unless and until Defendants are enjoined from continuing their wrongful acts.

85.    By reason of Defendants' actions alleged herein, Mag Instrument has been damaged in an amount not presently ascertained, and such damage will continue and increase unless and until Defendants are enjoined from continuing their wrongful acts.

86.    Defendants' conduct in this cause of action is willful, wanton, malicious, oppressive, and in conscious disregard of Mag Instrument's rights in its SSOA trademark and Candle Mode trademark, justifying the imposition of punitive and exemplary damages under California Civil Code §3294.

## TENTH CAUSE OF ACTION

### (Common Law Unfair Competition)

87.    Mag Instrument repeats, realleges, and incorporates by reference, as though fully set out herein, the allegations contained in paragraphs 1-10, 33-46, 48-55, 57-64, 66-72, 74-78, and 80-86, above.

88.    Defendants' actions in connection with the Katahdin Mountain Sports "Mini" flashlight are likely to cause confusion, to cause misrepresentation, to cause mistake, and/or to deceive the public as to the affiliation, approval, sponsorship, or connection between Defendants and Mag Instrument and constitute unfair competition at common law.

89.    By reason of Defendants' actions in connection with the Katahdin Mountain Sports "Mini" flashlight, Mag Instrument has suffered, and will continue to suffer, irreparable injury to its rights and suffer substantial loss of goodwill and in the value of its SSOA trademark and Candle Mode trademark unless and until Defendants are enjoined from continuing their wrongful acts.

LAI-2927788v1

18

90.     By reason of Defendants' actions in connection with the Katahdin Mountain Sports "Mini" flashlight, Mag Instrument has been damaged in an amount not presently ascertained, and such damage will continue and increase unless and until Defendants are enjoined from continuing their wrongful acts.

91.     Upon information and belief, Defendants' conduct in this cause of action is willful, wanton, malicious, oppressive, and in conscious disregard of Mag Instrument's rights in its SSOA trademark and Candle Mode trademark, justifying the imposition of punitive and exemplary damages under California Civil Code §3294.

## PRAYER FOR RELIEF

WHEREFORE, Mag Instrument respectfully demands judgment:

1.     That Defendants, their officers, directors, agents, servants, employees, attorneys, confederates, and all persons and/or entities acting for, with, by, through, or in concert with them or any of them be enjoined preliminarily and permanently:

      (a)     from infringing the '441 patent, either directly or contributorily;

      (b)     from inducing others to infringe the '441 patent;

      (c)     from infringing the '438 patent, either directly or contributorily;

      (d)     from inducing others to infringe the '438 patent;

      (e)     from infringing the '439 patent, either directly or contributorily;

      (f)     from inducing others to infringe the '439 patent;

      (g)     from manufacturing, advertising, distributing, marketing, importing, promoting, offering for sale, and/or selling the Katahdin Mountain Sports "Mini" flashlight;

      (h)     from using the SSOA trademark, the Candle Mode trademark, and/or any other designation that is a colorable imitation of and/or is confusingly similar to the SSOA trademark and/or the Candle Mode trademark in connection with the manufacture, advertising, distribution, marketing, importation, promotion,

1    offering for sale, and/or sale of flashlights neither originating from nor authorized

2    by Mag Instrument;

3                    (i)      from representing in any manner, or by any method whatsoever,

4    that goods, services, or other products provided by Defendants are sponsored,

5    approved, authorized by, or originate from Mag Instrument, or otherwise taking any

6    action likely to cause confusion, mistake, or deception as to the origin, approval,

7    sponsorship, or certification of such goods or services;

8                    (j)      from infringing and/or diluting the distinctive quality of the

9    SSOA trademark and/or the Candle Mode trademark; and

10                   (k)      from unfairly competing with Mag Instrument in any manner.

11        2.       That Defendants be required to deliver up to the Court any and all

12   flashlights in their possession, custody, and/or control that infringe the '441 patent,

13   the '438 patent, the '439 patent, the SSOA trademark, and/or the Candle Mode

14   trademark.

15        3.       That Defendants be required to prepare and deliver to the Court a

16   complete list of entities from whom Defendants purchased, and to whom they

17   distributed and/or sold, flashlights that infringe the '441 patent, the '438 patent, the

18   '439 patent, the SSOA trademark, and/or the Candle Mode trademark, and to serve

19   a copy of such list on Mag Instrument's attorneys.

20        4.       That Defendants be required to deliver to the Court any and all

21   documents reflecting or relating to the purchase, sale, and/or distribution of any

22   flashlights that infringe the '441 patent, the '438 patent, the '439 patent, the SSOA

23   trademark, and/or the Candle Mode trademark.

24        5.       That Defendants be required to deliver to the Court all products,

25   containers, packages, labels, literature, catalogs, signs, advertising material, and the

26   like bearing the SSOA trademark, the Candle Mode trademark, and/or a shape,

27   style, and overall appearance that is confusingly similar to the SSOA trademark

28

LAI-2927788v1

20

1   and/or the Candle Mode trademark, together with all plates, molds, and other means

2   of making the same.

3        6.     That Defendants, within thirty (30) days after service of judgment with

4   notice of entry thereof upon them, be required to file with the Court and serve upon

5   Mag Instrument's attorneys a written report, under oath, setting forth in detail the

6   manner in which Defendants have complied with paragraphs 1-5, above.

7        7.     That Defendants be required to account for and pay over to Mag

8   Instrument their profits and the cumulative damages sustained by Mag Instrument

9   by reason of Defendants' unlawful acts of patent infringement, trademark

10   infringement, dilution, and unfair competition herein alleged, that the amount of

11   recovery be increased as provided by law, up to three times, and that interest and

12   costs be awarded to Mag Instrument.

13        8.     That the Court order disgorgement and/or restitution of Defendants'

14   profits to Mag Instrument.

15        9.     That Mag Instrument be awarded its reasonable costs and attorneys'

16   fees.

17        10.     That the present case be found exceptional and that attorneys' fees be

18   awarded to Mag Instrument under 35 U.S.C. §285.

19        11.     That Mag Instrument be awarded punitive damages.

20        12.     That Mag Instrument have such other and further relief as the Court

21   may deem equitable.

22

23   Dated:  April 29, 2008              JONES DAY

24

25

26   By: _____
               Charles A. Kertell

27                 Attorneys for Plaintiff

28                 MAG INSTRUMENT, INC.

1

## **DEMAND FOR JURY TRIAL**

2      Pursuant to Fed.R.Civ.P. 38(b) and Local Rule 38-1, Mag Instrument, Inc.

3 hereby demands a trial by jury on all issues triable in this action.

4

5 Dated:  April 29, 2008                    JONES DAY

6

7

8 By: _Charles A. Kertell_____

9                                   Charles A. Kertell

10 Attorneys for Plaintiff
MAG INSTRUMENT, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAI-2927788v1

22

# EXHIBIT 1



US005143441A

# United States Patent [19]

Maglica

[11] **Patent Number:** **5,143,441**

[45] **Date of Patent:** **Sep. 1, 1992**

[54] **MINIATURE FLASHLIGHT**

[75] Inventor: Anthony Maglica, Ontario, Calif.

[73] Assignee: Mag Instrument, Inc, Ontario, Calif.

[21] Appl. No.: 809,846

[22] Filed: Dec. 18, 1991

### Related U.S. Application Data

[63] Continuation of Ser. No. 553,977, Jul. 16, 1990, abandoned, which is a continuation of Ser. No. 356,361, May 23, 1989, Pat. No. 4,942,505, which is a continuation of Ser. No. 222,378, Jul. 19, 1988, Pat. No. 4,899,265, which is a continuation of Ser. No. 34,918, Apr. 6, 1987, abandoned, which is a continuation of Ser. No. 828,729, Feb. 11, 1986, Pat. No. 4,658,336, which is a continuation of Ser. No. 648,032, Sep. 6, 1984, Pat. No. 4,577,263.

[51] Int. Cl.$^5$ ............................................. F21L 7/00
[52] U.S. Cl. .................................... 362/263; 362/187; 362/197; 362/205; 200/60
[58] Field of Search .............. 362/187, 194, 197, 203, 362/205; 200/60

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,577,263 | 3/1986 | Maglica | 362/205 X |
| 4,658,336 | 4/1987 | Maglica | 362/203 X |
| 4,899,265 | 2/1990 | Maglica | 362/203 X |
| 4,942,505 | 7/1990 | Maglica | 362/203 X |

*Primary Examiner*—Stephen F. Husar
*Attorney, Agent, or Firm*—Lyon & Lyon

[57] **ABSTRACT**

A miniature flashlight comprising a barrel, tail cap, head, bulb holder, bulb and an electrical circuit. The bulb holder is positioned at one end of the barrel such that the bulb extends into the head. The head includes a parabolic reflector surrounding the bulb such that the rotation of the head relative to the barrel changes the focus of the flashlight beam. A rotary switch associates the bulb holder with the barrel to control opening and closing of the electrical circuit. Rotation of the head away from the barrel closes the electrical circuit. The head is not a part of the electrical circuit and its removal exposes the bulb for substantially spherical illumination. The head assembly is removable from the barrel for use as a base into which the tail cap and barrel is inserted to stand the miniature flashlight in its "on" condition, as a lamp.

**1 Claim, 2 Drawing Sheets**





EXHIBIT 1
PAGE 23

# U.S. Patent

Sep. 1, 1992      Sheet 1 of 2      **5,143,441**



EXHIBIT 1
PAGE 24

**U.S. Patent**          Sep. 1, 1992          Sheet 2 of 2          **5,143,441**



EXHIBIT 1
PAGE 25

5,143,441

1

## MINIATURE FLASHLIGHT

This application is a continuation of application Ser. No. 553,977, filed Jul. 16, 1990, now abandoned; which is a continuation of application Ser. No. 356,361, filed May 23, 1989, now U.S. Pat. No. 4,942,505; which is a continuation of application Ser. No. 222,378, filed Jul. 19, 1988, now U.S. Pat. No. 4,899,265; which is a continuation of application Ser. No. 034,918, filed Apr. 6, 1987, now abandoned; which is a continuation of application Ser. No. 828,729, filed Feb. 11, 1986, now U.S. Pat. No. 4,658,336, which is a continuation of application Ser. No. 648,032, filed Sept. 6, 1984, now U.S. Pat. No. 4,577,263.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates primarily to flashlights, and in particular, to a miniature hand-held flashlight.

2. Discussion of the Prior Art

Flashlights of varying sizes and shapes are well-known in the art. In particular, certain of such known flashlights utilize two or more dry cell batteries, carried in series in a cylindrical tube serving as a handle for the flashlight, as their source of electrical energy. Typically, an electrical circuit is established from one electrode of the battery through a conductor to a switch, then through a conductor to one electrode of the lamp bulb. After passing through the filament of the lamp bulb, the electrical circuit emerges through a second electrode of the lamp bulb in electrical contact with a conductor, which in turn is in electrical contact with the flashlight housing. The flashlight housing provides an electrical conduction path to an electrical conductor, generally a spring element, in contact with the other electrode of the battery. Actuation of the switch to complete the electrical circuit enables electrical current to pass through the filament, thereby generating light which is typically focused by a reflector to form a beam of light.

The production of light from such flashlights has often been degraded by the quality of the reflector utilized and the optical characteristics of any lens interposed in the beam path. Moreover, intense light beams have often required the incorporation of as many as seven dry cell batteries in series, thus resulting in a flashlight having significant size and weight.

Efforts at improving such flashlights have primarily addressed the quality of the optical characteristics. The production of more highly reflective, well-defined reflectors, which may be incorporated within such flashlights, have been found to provide a more well-defined focus thereby enhancing the quality of the light beam produced. Additionally, several advances have been achieved in the light admitting characteristics of flashlight lamp bulbs.

Since there exists a wide variety of uses for hand-held flashlights, the development of the flashlight having a variable focus, which produces a beam of light having a variable dispersion, has been accomplished. However, such advances have heretofore been directed at "full-sized" flashlights.

## SUMMARY OF THE INVENTION

It is a primary object of the present invention to provide a miniature hand-held flashlight having improved optical characteristics.

2

It is another object of the present invention to provide a miniature hand-held flashlight which is capable of producing a beam of light having a variable dispersion.

It is a further object of the present invention to provide a miniature hand-held flashlight which is capable of supporting itself vertically on a horizon surface to serve as an "ambient" unfocused light source.

It is another object of the present invention to provide a miniature hand-held flashlight wherein relative motions of components that produce the variation and the dispersion of the light beam provide an electrical switch function to open and complete the electrical circuit of the flashlight.

These and other objects of the present invention, which may become obvious to those skilled in the art through the hereinafter detailed description of the invention are achieved by a miniature flashlight comprising: a cylindrical tube containing at least two miniature dry cell batteries disposed in a series arrangement, a lamp bulb holder assembly including electrical conductors for making electrical contact between terminals of a miniature lamp held therein and the cylindrical tube and an electrode of the battery, respectively, retained in one end of the cylindrical tube adjacent the batteries, a tail cap and spring member enclosing the other end of the cylindrical tube and providing an electrical contact to the other electrode of the batteries, and a head assembly including a reflector, a lens, and a face cap, which head assembly is rotatably mounted to the cylindrical tube such that the lamp bulb extends through a hole in the center of the reflector within the lens. In the principle embodiment of the present invention, the batteries are of the size commonly referred to as "pen light" batteries.

The head assembly engages threads formed on the exterior of the cylindrical tube such that rotation of a head assembly about the axis of the cylindrical tube will change the relative displacement between the lens and the lamp bulb. When the head assembly is fully rotated onto the cylindrical tube, the reflector pushes against the forward end of the lamp holder assembly causing it to shift rearward within the cylindrical tube against the urging of the spring contact at the tail cap. In this position, the electrical conductor which completes the electrical circuit from the lamp bulb to the cylindrical tube is not in contact with the tube. Upon rotation of the head assembly in a direction causing the head assembly to move forward with respect to the cylindrical tube, pressure on the forward surface of the lamp holder assembly from the reflector is relaxed enabling the spring contact in the tail cap to urge the batteries and the lamp holder assembly in a forward direction, which brings the electrical conductor into contact with the cylindrical tube, thereby completing the electrical circuit and causing the lamp bulb to illuminate. At this point, the lamp holder assembly engages a stop which prevents further forward motion of the lamp holder assembly with respect to the cylindrical tube. Continued rotation of the head assembly in a direction causing the head assembly to move forward relative to the cylindrical tube causes the reflector to move forward relative to the lamp bulb, thereby changing the focus of the reflector with respect to the lamp bulb, which results in varying the dispersion of the light beam admitted through the lens.

By rotating the head assembly until it disengages from the cylindrical tube, the head assembly may be

EXHIBIT 1
PAGE 26

5,143,441

**3**

placed, lens down, on a substantially horizontal surface and the tail cap and cylindrical tube may be vertically inserted therein to provide a miniature "table lamp."

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a miniature flashlight in accordance with the present invention;

FIG. 2 is a partially foreshortened cross-sectional view of the miniature flashlight of FIG. 1 as taken through the plane indicated by 2—2;

FIG. 3 is a partial cross-sectional view of a forward end of the miniature flashlight, illustrating, in ghost image, a translation of the forward end of the flashlight;

FIG. 4 is a partial cross-sectional view of a lamp bulb holder assembly used in accordance with the present invention, taken along the plane indicated by 4—4 of FIG. 3;

FIG. 5 is an exploded perspective view illustrating the assembly of the lamp bulb holder assembly with respect to a barrel of the miniature flashlight;

FIG. 6 is an isolated partial perspective view illustrating the electro mechanical interface between electrical terminals of the lamp bulb and electrical conductors within the lamp bulb holder;

FIG. 7 presents a perspective view of a rearward surface of the lamp bulb holder of FIG. 5, illustrating a battery electrode contact terminal; and

FIG. 8 illustrates an alternate utilization of the miniature flashlight in accordance with the present invention.

DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

Referring first to FIG. 1, a miniature flashlight in accordance with the present invention is illustrated in perspective generally at 20. The miniature flashlight 20 is comprised of a generally right circular cylinder, or barrel 21, enclosed at a first end by a tail cap 22 and having a head assembly 23 enclosing a second end thereof. The head assembly comprises a head 24 to which is affixed a face cap 25 which retains a lens 26. The head assembly 23 has a diameter greater than that of the barrel 21 and is adapted to pass externally over the exterior of the barrel 21. The barrel 21 may provide a machined handle surface 27 along its axial extent. The tail cap 22 may be configured to include provision for attaching a handling lanyard through a hole 28 in a tab 29 formed therein.

Referring next to FIG. 2, the barrel 21 is seen to have an extent sufficient to enclose at least two miniature dry cell batteries 31 disposed in a series arrangement. The tail cap 22 has a region of external threading 32 which engages matching threads formed on the interior surface of the barrel 21. A sealing element 33, typically in the form of an O-ring, is provided at the interface between the tail cap 22 and the barrel 21 to provide a watertight seal. A spring member 34 is disposed within the barrel 21 so as to make electrical contact with the tail cap 22 and a case electrode 35 of an adjacent battery 31. The spring member 34 also urges the batteries 31 in a direction indicated by an arrow 36. A center electrode 37 of the rearmost battery 31 is in contact with the case electrode of the forward battery 31. The center electrode 38 of the forward battery is urged into contact with a first conductor 39 mounted within a lower insulator receptacle 41. The lower insulator receptacle 41 also has affixed therein a side contact conductor 42. Both the center conductor 39 and the side contact conductor 42 pass through holes formed in the lower insu-

**4**

lator receptacle in an axial direction, and both are adapted to frictionally receive and retain the terminal electrodes 43 and 44 of a miniature bi-pin lamp bulb 45. Absent further assembly, the lower insulator receptacle is urged in the direction indicated by the arrow 36, by the action of the spring 34, to move until it comes into contact with a lip 46 formed on the end of the barrel 21. At that point electrical contact is made between the side contact conductor 42 and the lip 46 of the barrel 21.

An upper insulator receptacle 47 is disposed external to the end of the barrel 21 whereat the lower insulator receptacle 41 is installed. The upper insulator receptacle 47 has extensions that are configured to mate with the lower insulator receptacle 41 to maintain an appropriate spacing between opposing surfaces of the upper insulator receptacle 47 and the lower insulator receptacle 41. The lamp electrodes 43 and 44 of the lamp bulb 45 pass through the upper insulator receptacle 47 and into electrical contact with the center conductor 39 and the side contact conductor 42, respectively, while the casing of the lamp bulb 45 rests against an outer surface of the upper insulator receptacle 47.

The head assembly 23 is installed external to the barrel 21 by engaging threads 48 formed on an interior surface of the head 24 engaging with matching threads formed on the exterior surface of the barrel 21. A sealing O-ring 49 is installed around the circumference of the barrel 21 adjacent the threads to provide a water-tight seal between the head assembly 23 and the barrel 21. A substantially parabolic reflector 51 is configured to be disposed within the outermost end of the head 24, whereat it is rigidly held in place by the lens 26 which is in turn retained by the face cap 25 which is threadably engaged with threads 52 formed on the forward portion of the outer diameter of the head 24. An O-ring 53 may be incorporated at the interface between the face cap 25 and the head 24 to provide a water-tight seal.

When the head 24 is fully screwed onto the barrel 21 by means of the threads 48, the central portion of the reflector 51 surrounding a hole formed therein for passage of the lamp bulb 45, is forced against the outermost surface of the upper insulator receptacle 47, urging it in a direction counter to that indicated by the arrow 36. The upper insulator receptacle 47 then pushes the lower insulator receptacle 41 in the same direction, thereby providing a space between the forwardmost surface of the lower insulator receptacle 41 and the lip 46 on the forward end of the barrel 21. The side contact conductor 42 is thus separated from contact with the lip 46 on the barrel 21 as is shown in FIG. 2.

Referring next to FIG. 3, appropriate rotation of the head 24 about the axis of the barrel 21 causes the head assembly 23 to move in the direction indicated by the arrow 36 through the engagement of the threads 48. Upon reaching the relative positions indicated in FIG. 3 by the solid lines, the head assembly 23 has progressed a sufficient distance in the direction of the arrow 36 such that the reflector 51 has also moved a like distance, enabling the upper insulator receptacle 47 and the lower insulator receptacle 41 to be moved, by the urging of the spring 34 (FIG. 2) translating the batteries 31 in the direction of the arrow 36, to the illustrated position. In this position, the side contact conductor 42 has been brought into contact with the lip 46 on the forward end of the barrel 21, which closes the electrical circuit.

Further rotation of the head assembly 23 so as to cause further translation of the head assembly 23 in the direction indicated by the arrow 36 will result in the

EXHIBIT 1
PAGE 27

5,143,441

| 5 | 6 |

head assembly 23 reaching a position indicated by the ghost image of FIG. 1, placing the face cap at the position 25' and the lens at the position indicated by 26', which in turn carries the reflector 51 to a position 51'. During this operation, the upper insulator receptacle 47 remains in a fixed position relative to the barrel 21. Thus the lamp bulb 45 also remains in a fixed position. The shifting of the reflector 51 relative to the lamp bulb 45 during this additional rotation of the head assembly 23 produces a relative shift in the position of the filament of the lamp bulb 45 with respect to a focus of the parabola of the reflector 51, thereby varying the dispersion of the light beam emanating from the lamp bulb 45 through the lens 26.

Referring next to FIG. 4, a partial cross-sectional view illustrates the interface between the lower insulator receptacle 41 and the upper insulator receptacle 47. The lower insulator receptacle 41 has a pair of parallel slots 54 formed therethrough which are enlarged in their center portion to receive the center conductor 39 and the side contact conductor 42, respectively. A pair of arcuate recesses 55 are formed in the lower insulator receptacle 41 and receive matching arcuate extensions of the upper insulator receptacle 47. The lower insulator receptacle 41 is movably contained within the inner diameter of the barrel 21 which is in turn, at the location of the illustrated cross-section, enclosed within the head 24.

Referring next to FIGS. 5 through 7, a preferred procedure for the assembly of the lower insulator receptacle 41, the center conductor 39, the side contact conductor 42, the upper insulator receptacle 47 and the miniature lamp bulb 45 may be described. Placing the lower insulator receptacle 41 in a position such that the arcuate recesses 55 are directionally oriented towards the forward end of the barrel 21 and the lip 46, the center conductor 39 is inserted through one of the slots 54 such that a substantially circular end section 56 extends outwardly from the rear surface of the lower insulator receptacle 41. The circular end section 56 is then bent, as shown in FIG. 7, to be parallel with the rearmost surface of the lower insulator receptacle 41 in a position centered to match the center electrode of the forwardmost one of the batteries 31 of FIG. 2. The side contact conductor 42 is then inserted into the other slot 54 such that a radial projection 57 extends outwardly from the axial center of the lower insulator receptacle 41. It is to be noted that the radial projection 57 aligns with a web 58 between the two arcuate recesses 55.

The lower insulator receptacle 41, with its assembled conductors, is then inserted in the rearward end of the barrel 21 and is slidably translated to a forward position immediately adjacent the lip 46. The lamp electrodes 43 and 44 are then passed through a pair of holes 59 formed through the forward surface of the upper insulator receptacle 47 so that they project outwardly from the rear surface thereof as illustrated in FIG. 6. The upper insulator receptacle 47, containing the lamp bulb 45, is then translated such that the lamp electrodes 43 and 44 align with receiving portions of the side contact conductor 42 and the center conductor 39, respectively. A pair of notches 61, formed in the upper insulator receptacle 47, are thus aligned with the webs 58 of the lower insulator receptacle 41. The upper insulator receptacle 47 is then inserted into the arcuate recesses 55 in the lower insulator receptacle 41 through the forward end of the barrel 21.

Referring again to FIGS. 2 and 3, the electrical circuit of the miniature flashlight in accordance with the present invention will now be described. Electrical energy is conducted from the rearmost battery 31 through its center contact 37 which is in contact with the case electrode of the forward battery 31. Electrical energy is then conducted from the forward battery 31 through its center electrode 38 to the center contact 39 which is coupled to the lamp electrode 44. After passing through the lamp bulb 45, the electrical energy emerges through the lamp electrode 43 which is coupled to the side contact conductor 42. When the head assembly 23 has been rotated about the threads 48 to the position illustrated in FIG. 2, the side contact conductor 42 does not contact the lip 46 of the barrel 21, thereby resulting in an open electrical circuit. However, when the head assembly 23 has been rotated about the threads 48 to the position illustrated by the solid lines of FIG. 3, the side contact conductor 42 is pressed against the lip 46 by the lower insulator receptacle 41 being urged in the direction of the arrow 36 by the spring 34 of FIG. 2. In this configuration, electrical energy may then flow from the side contact conductor 42 into the lip 46, through the barrel 21 and into the tail cap 22 of FIG. 2. The spring 34 electrically couples the tail cap 22 to the case electrode 35 of the rearmost battery 31. By rotating the head assembly 23 about the threads 48 such that the head assembly 23 moves in a direction counter to that indicated by the arrow 36, the head assembly 23 may be restored to the position illustrated in FIG. 2, thereby opening the electrical circuit and turning off the flashlight.

Referring next to FIG. 8, an additional utilization of the miniature flashlight 20 in accordance with the present invention is illustrated. By rotating the head assembly 23 about the threads 48 in a direction causing the head assembly 23 to translate relative to the barrel 21 in the direction of the arrow 36 of FIG. 3, the electrical circuit will be closed as previously described, and the lamp bulb 45 will be illuminated. Continued rotation of the head assembly 23 in that direction enables the head assembly 23 to be completely removed from the forward end of the miniature flashlight 20. By placing the head assembly 23 upon a substantially horizontal surface (not illustrated) such that the face cap 25 rests on the surface, the tail cap 22 of the miniature flashlight 20 may be inserted into the head 24 to hold the barrel 21 in a substantially vertical alignment. Since the reflector 51 (FIG. 2) is located within the head assembly 23, the lamp bulb 45 will omit a substantially spherical illumination, thereby providing a "ambient" light level.

In a preferred embodiment, the barrel 21, the tail cap 22, the head 24, and the face cap 25, forming all of the exterior metal surfaces of the miniature flashlight 20 are manufactured from aircraft quality, heat-treated aluminum, which is anodized for corrosion resistance. The sealing O-rings 33, 49, and 53 provide atmospheric sealing of the interior of the miniature flashlight 20 to a depth of 200 feet. All interior electrical contact surfaces are appropriately machined to provide efficient electrical conduction. The reflector 51 is a computer generated parabola which is vacuum aluminum metallized to ensure high precision optics. The threads 48 between the head 24 and the barrel 31 are machined such that revolution of the head assembly 23 through less than ¼ turn will close the electrical circuit, turning the flashlight on, and an additional ¼ turn will adjust the light beam from a "spot" to a "soft flood". A spare lamp bulb

EXHIBIT 1
PAGE 28

5,143,441

7

62 may be provided in a cavity machined in the tail cap 22.

While I have described a preferred embodiment of the herein invention, numerous modifications, alterations, alternate embodiments, and alternate materials may be utilized in accomplishing the present invention. It is envisioned that all such alternate embodiments are considered to be within the scope of the present invention as defined by the appended claims.

I claim:

1. A flashlight powered by at least one battery, comprising

a barrel for retaining the at least one battery, said barrel having first and second ends;

a lamp bulb having two contacts and a filament;

a socket for holding said lamp bulb, said socket being retained at least partially within said barrel adjacent said first end thereof and being adapted to locate said bulb filament axially beyond said first end;

a substantially parabolic reflector having a central opening therein adapted to receive said lamp bulb;

a substantially planar lens;

a head assembly for retaining said reflector and said lens in a mutually fixed relationship and being ro-

8

tatably disposed at said first end to be controllably axially translatable along said barrel such that the relative positional relationship between said reflector and said lamp bulb may be varied, thereby varying a reflection dispersion of a light beam emanating through said lens from said lamp bulb;

a tail cap being engageable with said barrel at said second end;

an electrical circuit for coupling said two contacts of said lamp bulb with first and second electrodes of at least one battery positioned in said barrel, said electrical circuit not including conduction through said head assembly wherein relative motion of said head assembly in the axial direction away from said barrel separates said head assembly from said barrel to expose said lamp bulb and allow for a dispersion of substantially spherical illumination with said head assembly removed from said first end of said barrel;

a rotary switch in said electrical circuit, said rotary switch selectively opening and closing said electrical circuit with the at least one battery retained within said barrel, said switch including one of said first and second ends of said barrel as a first switch contact.

* * * * *

EXHIBIT 1
PAGE 29

# EXHIBIT 2

US00D530438S

(12) **United States Design Patent**

Maglica

(10) Patent No.: **US D530,438 S**

(45) Date of Patent: ✶✶ **Oct. 17, 2006**

(54) **MINIATURE FLASHLIGHT**

(75) Inventor: **Anthony Maglica**, Anaheim, CA (US)

(73) Assignee: **Mag Instrument, Inc.**, Ontario, CA (US)

(✶✶) Term: **14 Years**

(21) Appl. No.: **07/411,576**

(22) Filed: **Sep. 22, 1989**

**Related U.S. Application Data**

(62) Division of application No. 07/356,361, filed on May 23, 1989, now Pat. No. 4,942,505, which is a continuation of application No. 07/222,378, filed on Jul. 19, 1988, now Pat. No. 4,899,265, which is a continuation of application No. 07/034,918, filed on Apr. 6, 1987, now abandoned, which is a continuation of application No. 06/828,729, filed on Feb. 11, 1986, now Pat. No. 4,658,336, which is a continuation of application No. 06/648,032, filed on Sep. 6, 1984, now Pat. No. 4,577,263.

(51) **LOC (8) Cl.** ................................................. **26-02**

(52) **U.S. Cl.** ..................................................... **D26/49**

(58) **Field of Classification Search** ........... D26/37–50; 362/157–8, 183–208

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,109,415 A    9/1914   Harris

1,116,048 A    11/1914  Farber

(Continued)

FOREIGN PATENT DOCUMENTS

AU              114558       1/1942

(Continued)

OTHER PUBLICATIONS

P. 243 of Japanese Patent Gazette Feb. 16, 1982—Utility Model 42071.

(Continued)

*Primary Examiner*—Alan P. Douglas

(74) *Attorney, Agent, or Firm*—Jones Day

(57) **CLAIM**

The ornamental design for a miniature flashlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a front top perspective view of a miniature flashlight showing my new design;

FIG. **2** is a side elevational view thereof, the other side being identical

FIG. **3** is a top plan view thereof; and,

FIG. **4** is a bottom plan view thereof.

**1 Claim, 1 Drawing Sheet**



EXHIBIT 2

PAGE 30

## US D530,438 S
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,559,481 | A | 10/1925 | Voorhees |
| 1,568,093 | A | 1/1926 | Shannon |
| 1,584,539 | A | 5/1926 | Hopkins |
| 1,599,095 | A | 9/1926 | McCabe |
| 1,603,272 | A | 10/1926 | Eaton |
| 1,638,716 | A | 8/1927 | Surles |
| 1,644,126 | A | 10/1927 | Harris |
| 1,674,650 | A | 6/1928 | Leser |
| 1,680,169 | A | 8/1928 | Osean |
| 1,680,188 | A | 8/1928 | Weber |
| 1,680,484 | A | 8/1928 | Stimson |
| 1,768,554 | A | 1/1930 | Freitag |
| 1,758,835 | A | 5/1930 | Hime |
| 1,769,436 | A | 7/1930 | Koretzky |
| 1,895,913 | A | 1/1933 | Buchholz |
| 1,905,787 | A | 4/1933 | Barber |
| 2,016,819 | A | 10/1935 | Meginniss ............... 240/10.66 |
| 2,051,889 | A | 8/1936 | Nygard ................. 240/10.6 |
| 2,097,222 | A | 10/1937 | Tompkins et al. ....... 340/10.66 |
| 2,173,650 | A | 9/1939 | Fullmer ............... 240/10.66 |
| 2,176,301 | A | 10/1939 | Haas .................. 240/10.66 |
| 2,180,228 | A | 11/1939 | Florman .............. 240/10.68 |
| 2,210,312 | A | 8/1940 | Wood ................. 240/10.6 |
| 2,212,103 | A | 8/1940 | Rothenberg et al. ..... 240/10.69 |
| 2,229,486 | A | 1/1941 | Barash et al. .......... 240/10.66 |
| 2,249,691 | A | 7/1941 | Gelardin ............. 240/10.66 |
| 2,259,106 | A | 10/1941 | Hagers ................ 200/60 |
| 2,272,907 | A | 2/1942 | Deibel ............... 240/10.61 |
| 2,298,042 | A | 10/1942 | Desimone ............ 240/10.66 |
| 2,338,078 | A | 12/1943 | Wood ................ 240/10.66 |
| 2,339,356 | A | 1/1944 | Sachs ................ 240/10.66 |
| 2,341,057 | A | 2/1944 | Muldoon ............. 240/10.66 |
| 2,347,531 | A | 4/1944 | Yardeny .............. 200/60 |
| D142,277 | S | 8/1945 | Lippincott ............ D48/24 |
| 2,396,046 | A | 3/1946 | Hipwell et al. ........ 240/10.66 |
| 2,443,539 | A | 6/1948 | Kopp ................. 200/60 |
| 2,483,665 | A | 10/1949 | Phillips .............. 240/10.63 |
| 2,490,830 | A | 12/1949 | Norton ............... 240/10.63 |
| 2,493,205 | A | 1/1950 | Muldoon ............. 240/10.67 |
| 2,530,913 | A | 11/1950 | Shackel .............. 240/10.66 |
| 2,540,683 | A | 2/1951 | MacLean .............. 200/60 |
| 2,570,838 | A | 10/1951 | Nathan et al. ......... 240/10.68 |
| 2,599,295 | A | 6/1952 | Thomas ................ 200/60 |
| 2,737,574 | A | 3/1956 | Muller ................ 240/6.4 |
| 2,769,896 | A | 11/1956 | Lambert .............. 240/10.6 |
| 2,780,722 | A * | 2/1957 | Lambert .............. 362/205 |
| 2,830,280 | A | 4/1958 | Webber ............... 339/191 |
| 2,852,634 | A | 9/1958 | Garland ............... 200/60 |
| 2,876,410 | A | 3/1959 | Fry ................... 320/48 |
| 2,915,621 | A | 12/1959 | Garland ............. 240/10.66 |
| 2,931,005 | A | 3/1960 | Saurwein et al. ........ 339/182 |
| 2,945,944 | A | 7/1960 | Gillespie ............ 240/10.68 |
| 3,014,125 | A | 12/1961 | Draudt ............... 240/10.68 |
| 3,076,891 | A | 2/1963 | Moore ................ 240/10.66 |
| 3,078,761 | A | 2/1963 | Zorn .................. 38/24 |
| D197,082 | S | 12/1963 | Oakley et al. .......... D48/24 |
| 3,184,589 | A | 5/1965 | Gibbens .............. 240/10.67 |
| 3,264,464 | A | 8/1966 | Gits ................. 240/10.67 |
| 3,323,118 | A | 5/1967 | Chan .................. 340/321 |
| D208,940 | S | 10/1967 | Moore ................. D48/24 |
| 3,521,050 | A | 7/1970 | Shagena, Jr. ......... 240/10.66 |
| 3,526,765 | A | 9/1970 | Rossi ................ 240/10.6 |
| 3,652,846 | A | 3/1972 | Starck, II ........... 240/10.63 |
| 3,737,649 | A * | 6/1973 | Nelson et al. ........ D26/48 X |
| D231,560 | S | 4/1974 | Keller ................ D26/2 |
| 3,825,740 | A | 7/1974 | Friedman et al. ....... 240/10.6 |
| 3,829,676 | A | 8/1974 | Nelson et al. ........ 240/10.6 |
| 3,835,272 | A | 9/1974 | Wisenbaker .......... 240/10.6 |
| 3,890,498 | A | 6/1975 | Toth, Sr. ............ 240/10.66 |
| 3,924,116 | A | 12/1975 | Brindley ............. 240/10.6 |

| | | | |
|---|---|---|---|
| RE29,047 | E | 11/1976 | Brindley ............. 240/10.66 |
| D242,277 | S | 11/1976 | Waldorf |
| 3,992,596 | A | 11/1976 | Miller ................ 200/60 |
| 4,060,723 | A | 11/1977 | Nelson ............... 362/205 |
| 4,092,580 | A | 5/1978 | Prinzze .............. 320/2 |
| 4,114,187 | A | 9/1978 | Uke .................. 362/158 |
| 4,151,583 | A | 4/1979 | Miller ............... 362/205 |
| 4,156,271 | A | 5/1979 | Vercellotti .......... 362/202 |
| 4,171,534 | A | 10/1979 | Strowe ............... 362/183 |
| 4,187,532 | A | 2/1980 | Naffier .............. 362/186 |
| 4,203,150 | A | 5/1980 | Shamlian ............. 362/183 |
| 4,220,985 | A | 9/1980 | Hukuba ............... 362/203 |
| 4,234,913 | A | 11/1980 | Ramme ................ 362/203 |
| 4,237,526 | A | 12/1980 | Wood ................. 362/158 |
| 4,261,026 | A | 4/1981 | Botha ................ 362/101 |
| 4,286,311 | A | 8/1981 | Maglica .............. 362/205 |
| D263,170 | S * | 2/1982 | Maglica .............. D26/49 |
| 4,322,782 | A | 3/1982 | Wong ................. 362/183 |
| 4,327,401 | A | 4/1982 | Siiberg .............. 362/183 |
| 4,329,740 | A | 5/1982 | Colvin ............... 362/184 |
| 4,348,715 | A | 9/1982 | Christensen et al. .... 362/109 |
| 4,357,648 | A * | 11/1982 | Nelson ............. 362/184 X |
| 4,388,673 | A | 6/1983 | Maglica .............. 362/183 |
| 4,398,238 | A | 8/1983 | Nelson ............... 362/187 |
| 4,415,954 | A | 11/1983 | Schaefer ............. 362/202 |
| 4,429,351 | A | 1/1984 | Petzl et al. ......... 362/202 |
| 4,472,766 | A | 9/1984 | Hung ................. 362/158 |
| 4,479,171 | A | 10/1984 | Mains ................ 362/102 |
| 4,495,551 | A | 1/1985 | Foltz ................ 362/205 |
| 4,504,890 | A | 3/1985 | Chan ................. 362/203 |
| 4,514,790 | A | 4/1985 | Will ................. 362/183 |
| 4,527,223 | A | 7/1985 | Maglica ............... 362/187 |
| 4,531,178 | A | 7/1985 | Uke .................. 362/158 |
| 4,577,263 | A | 3/1986 | Maglica .............. 362/187 |
| 4,581,686 | A | 4/1986 | Nelson ............... 362/204 |
| 4,656,565 | A | 4/1987 | Maglica .............. 362/187 |
| 4,658,336 | A * | 4/1987 | Maglica ............ 362/205 X |
| 4,695,551 | A | 9/1987 | Samhaber et al. ...... 435/292 |
| 4,725,932 | A | 2/1988 | Gammache ............. 362/202 |
| 4,733,337 | A | 3/1988 | Bieberstein .......... 362/206 |
| 4,750,095 | A * | 6/1988 | Huang ............... 362/202 X |
| 4,777,582 | A * | 10/1988 | Sharrah ............ 362/202 X |
| D306,492 | S * | 3/1990 | Sharrah .............. D26/49 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 138873 | 10/1950 |
| DE | 2408928 | 1/1976 |
| FR | 1430456 | 3/1966 |
| FR | 2372382 | 6/1978 |
| GB | 292836 | 6/1928 |
| GB | 411218 | 6/1934 |
| GB | 549104 | 11/1942 |
| GB | 752619 | 7/1956 |
| GB | 812980 | 5/1959 |
| GB | 884212 | 12/1961 |
| GB | 2091863 | 8/1982 |

### OTHER PUBLICATIONS

Kel-Lite Flashlight Advertising—Near Indestructible pages) (Ex. DX 5010).

Kel-Lite Advertising (4 pages) (Ex. DX 5022).

Kel-Lite Advertising "The Original Flashlight Made To Last a Lifetime!", 1 pg. (Ex. DX 50??).

Kel-Lite article (1 pg.) from *The Wall Street Journal*, Thrusday, Jun. 2, 1977 (Ptf's Ex. 3051).

Eddie Bauer—"Indispensibles for Home, Sports and Travel"—3–page ad (Ex. DX 5014).

EXHIBIT 2
PAGE 31

## US D530,438 S
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,559,481 | A | 10/1925 | Voorhees |
| 1,568,093 | A | 1/1926 | Shannon |
| 1,584,539 | A | 5/1926 | Hopkins |
| 1,599,095 | A | 9/1926 | McCabe |
| 1,603,272 | A | 10/1926 | Eaton |
| 1,638,716 | A | 8/1927 | Surles |
| 1,644,126 | A | 10/1927 | Harris |
| 1,674,650 | A | 6/1928 | Leser |
| 1,680,169 | A | 8/1928 | Osean |
| 1,680,188 | A | 8/1928 | Weber |
| 1,680,484 | A | 8/1928 | Stimson |
| 1,768,554 | A | 1/1930 | Freitag |
| 1,758,835 | A | 5/1930 | Hime |
| 1,769,436 | A | 7/1930 | Koretzky |
| 1,895,913 | A | 1/1933 | Buchholz |
| 1,905,787 | A | 4/1933 | Barber |
| 2,016,819 | A | 10/1935 | Meginniss ............... 240/10.66 |
| 2,051,889 | A | 8/1936 | Nygard ..................... 240/10.6 |
| 2,097,222 | A | 10/1937 | Tompkins et al. ....... 340/10.66 |
| 2,173,650 | A | 9/1939 | Fullmer ................... 240/10.66 |
| 2,176,301 | A | 10/1939 | Haas ....................... 240/10.66 |
| 2,180,228 | A | 11/1939 | Florman ................. 240/10.68 |
| 2,210,312 | A | 8/1940 | Wood ....................... 240/10.6 |
| 2,212,103 | A | 8/1940 | Rothenberg et al. .... 240/10.69 |
| 2,229,486 | A | 1/1941 | Barash et al. .......... 240/10.66 |
| 2,249,691 | A | 7/1941 | Gelardin ................. 240/10.66 |
| 2,259,106 | A | 10/1941 | Hagers ...................... 200/60 |
| 2,272,907 | A | 2/1942 | Deibel .................... 240/10.61 |
| 2,298,042 | A | 10/1942 | Desimone ............... 240/10.66 |
| 2,338,078 | A | 12/1943 | Wood ..................... 240/10.66 |
| 2,339,356 | A | 1/1944 | Sachs ..................... 240/10.66 |
| 2,341,057 | A | 2/1944 | Muldoon ................ 240/10.66 |
| 2,347,531 | A | 4/1944 | Yardeny ..................... 200/60 |
| D142,277 | S | 8/1945 | Lippincott ............... D48/24 |
| 2,396,046 | A | 3/1946 | Hipwell et al. ........ 240/10.66 |
| 2,443,539 | A | 6/1948 | Kopp ......................... 200/60 |
| 2,483,665 | A | 10/1949 | Phillips .................. 240/10.63 |
| 2,490,830 | A | 12/1949 | Norton .................... 240/10.63 |
| 2,493,205 | A | 1/1950 | Muldoon ................ 240/10.67 |
| 2,530,913 | A | 11/1950 | Shackel .................. 240/10.6 |
| 2,540,683 | A | 2/1951 | MacLean ................ 240/10.6 |
| 2,570,838 | A | 10/1951 | Nathan et al. ......... 240/10.68 |
| 2,599,295 | A | 6/1952 | Thomas ................... 240/10.6 |
| 2,737,574 | A | 3/1956 | Muller ...................... 240/6.4 |
| 2,769,896 | A | 11/1956 | Lambert .................. 240/10.6 |
| 2,780,722 | A | * | 2/1957 | Lambert ................... 362/205 |
| 2,830,280 | A | 4/1958 | Webber .................... 339/191 |
| 2,852,634 | A | 9/1958 | Garland ..................... 200/60 |
| 2,876,410 | A | 3/1959 | Fry ........................... 320/48 |
| 2,915,621 | A | 12/1959 | Garland ................. 240/10.66 |
| 2,931,005 | A | 3/1960 | Saurwein et al. ....... 339/182 |
| 2,945,944 | A | 7/1960 | Gillespie ............... 240/10.68 |
| 3,014,125 | A | 12/1961 | Draudt ................... 240/10.68 |
| 3,076,891 | A | 2/1963 | Moore .................... 240/10.66 |
| 3,078,761 | A | 2/1963 | Zorn ......................... 240/8.24 |
| D197,082 | S | 12/1963 | Oakley et al. ........... D48/24 |
| 3,184,589 | A | 5/1965 | Gibbens ................. 240/10.67 |
| 3,264,464 | A | 8/1966 | Gits ....................... 240/10.67 |
| 3,323,118 | A | 5/1967 | Chan ........................ 340/321 |
| D208,940 | S | 10/1967 | Moore ..................... D48/24 |
| 3,521,050 | A | 7/1970 | Shagena, Jr. .......... 240/10.66 |
| 3,526,765 | A | 9/1970 | Rossi ...................... 240/10.6 |
| 3,652,846 | A | 3/1972 | Starck, II .............. 240/10.63 |
| 3,737,649 | A | * | 6/1973 | Nelson et al. .......... D26/48 X |
| D231,560 | S | 4/1974 | Keller ........................ D26/2 |
| 3,825,740 | A | 7/1974 | Friedman et al. ...... 240/10.6 |
| 3,829,676 | A | 8/1974 | Nelson et al. .......... 240/10.6 |
| 3,835,272 | A | 9/1974 | Wisenbaker .............. 200/60 |
| 3,890,498 | A | 6/1975 | Toth, Sr. ................ 240/10.66 |
| 3,924,116 | A | 12/1975 | Brindley ................ 240/10.6 |

| | | | |
|---|---|---|---|
| RE29,047 | E | 11/1976 | Brindley ................ 240/10.66 |
| D242,277 | S | 11/1976 | Waldorf |
| 3,992,596 | A | 11/1976 | Miller ........................ 200/60 |
| 4,060,723 | A | 11/1977 | Nelson .................... 362/205 |
| 4,092,580 | A | 5/1978 | Prinsze ...................... 320/2 |
| 4,114,187 | A | 9/1978 | Uke ......................... 362/158 |
| 4,151,583 | A | 4/1979 | Miller ..................... 362/205 |
| 4,156,271 | A | 5/1979 | Vercellotti ............. 362/202 |
| 4,171,534 | A | 10/1979 | Strowe ................... 362/183 |
| 4,187,532 | A | 2/1980 | Naffier .................. 362/186 |
| 4,203,150 | A | 5/1980 | Shamlian ............... 362/183 |
| 4,220,985 | A | 9/1980 | Hukuba .................. 362/203 |
| 4,234,913 | A | 11/1980 | Ramme ................... 362/158 |
| 4,237,526 | A | 12/1980 | Wood ..................... 362/158 |
| 4,261,026 | A | 4/1981 | Bolha ..................... 362/101 |
| 4,286,311 | A | 8/1981 | Maglica ................. 362/205 |
| D263,170 | S | * | 2/1982 | Maglica ................... D26/49 |
| 4,322,782 | A | 3/1982 | Wong ..................... 362/183 |
| 4,327,401 | A | 4/1982 | Siiberg .................. 362/183 |
| 4,329,740 | A | 5/1982 | Colvin ................... 362/184 |
| 4,348,715 | A | 9/1982 | Christensen et al. .... 362/109 |
| 4,357,648 | A | * | 11/1982 | Nelson ................. 362/184 X |
| 4,388,673 | A | 6/1983 | Maglica ................. 362/183 |
| 4,398,238 | A | 8/1983 | Nelson ................... 362/187 |
| 4,415,954 | A | 11/1983 | Schaefer ................ 362/202 |
| 4,429,351 | A | 1/1984 | Petzl et al. ........... 362/202 |
| 4,472,766 | A | 9/1984 | Hung ...................... 362/158 |
| 4,479,171 | A | 10/1984 | Mains ..................... 362/102 |
| 4,495,551 | A | 1/1985 | Foltz ..................... 362/205 |
| 4,504,890 | A | 3/1985 | Chan ...................... 362/203 |
| 4,514,790 | A | 4/1985 | Will ....................... 362/183 |
| 4,527,223 | A | 7/1985 | Maglica ................. 362/187 |
| 4,531,178 | A | 7/1985 | Uke ......................... 362/158 |
| 4,577,263 | A | 3/1986 | Maglica ................. 362/187 |
| 4,581,686 | A | 4/1986 | Nelson ................... 362/204 |
| 4,656,565 | A | 4/1987 | Maglica ................. 362/187 |
| 4,658,336 | A | * | 4/1987 | Maglica .............. 362/205 X |
| 4,695,551 | A | 9/1987 | Samhaber et al. ...... 435/292 |
| 4,725,932 | A | 2/1988 | Gammache .............. 362/202 |
| 4,733,337 | A | 3/1988 | Bieberstein ............ 362/206 |
| 4,750,095 | A | * | 6/1988 | Huang ................. 362/202 X |
| 4,777,582 | A | * | 10/1988 | Sharrah .............. 362/202 X |
| D306,492 | S | * | 3/1990 | Sharrah ................... D26/49 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 138873 | 10/1950 |
| DE | 2408928 | 1/1976 |
| FR | 1430456 | 3/1966 |
| FR | 2372382 | 6/1978 |
| GB | 292836 | 6/1928 |
| GB | 411218 | 6/1934 |
| GB | 549104 | 11/1942 |
| GB | 752619 | 7/1956 |
| GB | 812980 | 5/1959 |
| GB | 884212 | 12/1961 |
| GB | 2091863 | 8/1982 |

### OTHER PUBLICATIONS

Kel–Lite Flashlight Advertising—Near Indestructible pages). (Ex. DX 5010).

Kel–Lite Advertising (4 pages) (Ex. DX 5022).

Kel–Lite Advertising "The Original Flashlight Made To Last a Lifetime!", 1 pg. (Ex. DX 50??).

Kel–Lite article (1 pg.) from *The Wall Street Journal*, Thrusday, Jun. 2, 1977 (Ptf's Ex. 3051).

Eddie Bauer—"Indispensibles for Home, Sports and Travel"—3–page ad (Ex. DX 5014).

EXHIBIT 2
PAGE 32

# US D530,438 S
## Page 3

Eddie Bauer—"Indispensibles for Home, Sports and Travel"—2–page ad—w/note from Bud Folcke (Sue) to Don dated Aug. 6, 1974 (Ex. DX 5019).

_____, Inc. "Outdoor Sportsmans Supplies", Summer 1979 "Over 300 Price Cuts" (2 pgs.) (Ex. DX 5508).

"Law and Order", vol. 30, No. 10, Oct. 1982 (3 pgs.—cover, editorial and p. 26) (Ex. DX 5505).

"Trooper™ Superlight" (1 pg. ad) (Ex. DX 5579).

"Lumilite®" 2–page ad. re flashlights (Ex. DX 5578).

"Krypton" 2–pg. ad re flashlights (Ex. DX 5577).

"Magna–Force", "Aluminum Extruded Handlights 70% Brighter!" ad (1 page) (Ex. DX 5254).

"First of its Kind! Streamlite–20."0 ad (2 pg.) (Ex. DX 5068).

"The Longer, Stronger Streamlite–35." (2 pg. ad) (Ex. DX 5070).

"Who says they're the best? You do!" (1 pg. ad) (Ex. DX 5069).

"The Power of Light", Streamlight, Inc., 11 pg. brochure (Ex. DX 5073).

Gem Products, a Division of Expert Precision Products, Inc., 4 pg. brochure, mraked Exhibit DX 5058.

"Luma–Tech" brochure, 11 pg. brochure (Ex. BRX 203).

"Smoke–Cutter", "The Professional Fire–Fighter's Flashlight" brochure, 2 pg. (Ex. DX 5055).

F. Morton Pitt Co., brochure re "Code Four"™, 4 pages (Ex. DX 5053).

"Code Four", "No Further Assistance Needed", 2 page ad (Ex. DX 5054).

Police Equipment Division ad re Flashlights and Accessories, 2 pages, (Ex. BRX 202).

"Power Probe—Medical Flashlight" ad by Police Equipment Division (1978), 1 pg., (Ex. BRX 204).

"The Perfect Premium/Incentive" by Tru–Grit® Flashlights, 1 pg. (Ex. DX 5046).

"Yardney Presents 2 Bright Lights", Yardney Electric Corporation, 1 pg. (Ex. DX 5047).

B–Lite™, "America's finest Hand Held Flashlight"—"C" cell, 1 pg. price list and order form (Ex. DX 5043).

B–Lite™, "For Those Who Demand The Very Best!", 2 pg. ad, (Ex. DX 5042).

B–Lite, 2 pg. cut–away view and order form and price list (Ex. DX 5039).

Bianchi B–Lite "The World's Finest Handheld Spotlight", 3 pg. ad re Police Accessories (Ex. DX 5038).

Bianchi B–Lite, 3 pg. 1977 Catalog (Ex. DX 5040).

Bianchi B–Lite, 4 pg. 1978 listing (Ex. DX 5041).

B–Lite, The world standard by which all gunleather is judged™, 2 pg. ad (Ex. BRX 207).

Bianchi B–Lite, 1 pg. ad and price list (Ex. 6471).

Bianchi Super B–Lite, "New High Intensity Reflector!", 1 pg. ad (Ex. 6472).

B–Lite "All New Push–Button Switch!", 1 pg. ad (Ptf's Ex. 3045).

Bianchi Super B–Lite, New High Intensity Reflector ad marked Ptf's Exh. 3044.

Bianchi B–Lite, 1 pg. ad marked Ptf's Ex. 3043.

Safariland, 4 pg. brochure (Ex. DX 5015).

Safariland 76, 4 pg. brochure (Ex. DX 5020).

Safariland 1977, 5 pg. brochure (Ex. DX 5017).

1978 Safariland brochure, 6 pgs. (Ex. DX 5018).

Safariland 1980 brochure, 8 pgs. (Ex. DX 5021).

Safariland Kel–lite: "The Last Flashlight You'll Ever Have To Buy", 3 pg. brochure (Ex. BRX 200).

Safariland Pursuit Case—Firepower, 2 pg. ad (Ptf's Ex. 3042).

Pro–Light brochure, Jabsco Products ITT (1978), 4 pg. brochure (Ex. DX 5026).

Pro–Light brochure, 6 pgs. (Ex. DX 5027).

Sireno Pro–Light, Professional Flashlights, 1 pg. ad by Jabsco Products ITT (1978) (Ex. DX 5028).

Greystone Marketing, 4 pg. Ordering Information and price list (Ex. DX 5029).

Pro–Light "Distributor Price Schedule" by Greystone Marketing, 4 pgs. (Ex. DX 5030).

Pro–Light™, Professional Flashlights, brochure, "Introducing Pro–Loc Adjustable Beam Flashlight", by Greystone Marketing, Inc. (1982), 16 pgs. (Ex. DX 5031).

Pro–Light™, Professional Flashlights brochure, 8 pgs. (Ptf's Ex. 478–A).

Pro–Light brochure, by VSI Recreation Products, 2 pgs. (Ptf's Ex. CX–1312).

Rayovac Corporation, 4 pg. brochure re Police Flashlights, (Ex. BRX–342).

"Defensive Tactics Flashlights", Official DTI Manual by John G. Peters, Jr., 31 pgs. (Ex. BRX 212).

Bass Pro Shops, Christmas 1983 catalog, 3 pgs., (Ex. BRX 210).

"The Law Officer's Magazine—Police", FBI, The Hoover Years, 2 pg. ad re Mag–Lite (Ex. BRX 302).

"The Law Officer's Magazine—Police", Mar.–Apr. 1978, vol. 2, No. 2, cover and 3 pgs. (Ptf's Ex. CX–1314).

"Lights", brochure by Justrite®, 5 pgs. (Ptf's Ex. CX–1310).

Sa–So Sargent–Sowell Inc. brochure, 7 pgs. (Ex. BRX 206).

"Home & Auto" ad (Nov. 1980), 3 pgs. (Ex BRX 216).

"Mag–Lite", "Standard Head "D" & "C" Size Commercial Specifications", 2 pg. marked Confidential—Counsel Eyes Only—(Ex BRX 119).

G.T. Price Products, Inc. "The Professional Line" catalog, 9 pgs. (Ptf's Ex. CX 1431).

National Law Enforcement Supply, "Off–Duty Gift Catalog", 5 pgs. (Ptf's Ex. CX 1313).

"Magnificent!", Mag Charger by Mag Instrument, 2 pg. ad May 1984 (Ex. BRX 213).

Mag Lite ad "They demand . . . the very best.", 1 pg. (Ex. BRX 291).

Mag–Lite™ ad, "Strength & Reliability", 1 pg. (Ex. BRX 202 (Depo. Ex. PX 82).

"The Last Flashlight You'll Ever Have to Buy" (Ptf's Ex. 3050).

The Sunday Oregonian, Dec. 1982 "From: GI Joe's", 1 pg. ad re Mag–Lite (Ptf's Ex. 3055).

Mag–Lite, 1 pg. ad by The 63rd CSGA Annual National Convention and Exhibition, Feb. 3–6, 1980 (Ex. BRX 219).

Mag Instrument ad, 1 pg. (Ex. BRX 211).

Mag–Lite add, 1 pg. by Nationwide Sports Distributor, (Ex. BRX 220).

"Mag–lite™, The right light . . . for the job." 4 pg. brochure, (Ptf's Ex. 425).

"A precision tool . . .", by Mag–lite, 1 pg. (Ptf's Ex. 422–A).

"Pick up the lighters", by Mag Instrument, 1 pg. ad (Ptf's Ex. 422–B).

Mag–lite®, 1 pg. ad re C–Cell & D–Cell, (Ptf's Ex. 483).

View of flashlight, Ex. DX 5625.

View of flashlight, Ex. DX 5626.

View of flashlight, Ex. DX 5628.

View of flashlight, Ex. DX 5629.

View of flashlight, Ex. DX 5640.

EXHIBIT 2
PAGE 33

## US D530,438 S
Page 4

View of flashlight, Ex. DX 5641.
View of flashlight, Ex. DX 5642.
View of flashlight, Ex. DX 5643.
View of flashlight, (Ptf's Ex. 92).
View of flashlight, (Ptf's Ex. 93).
View of flashlight, (Ptf's Ex. 95).
View of flashlight, (Ptf's Ex. 96).
View of flashlight, (Ptf's Ex. 98).
View of flashlight, (Ptf's Ex. 100).
View of flashlight, (Ptf's Ex. 103).
View of flashlight, (Ptf's Ex. 104).
View of flashlight, (Ptf's Ex. 106).
View of flashlight, (Ptf's Ex. 108).
View of flashlight, (Ptf's Ex. 247).
View of flashlights, (6) (Ptf's Ex. 415).
View of flashlight, (Ptf's Ex. 699).
View of flashlight, (Ptf's Ex. 701).
View of flashlight, (Ptf's Ex. 702).
View of flashlight, (Ptf's Ex. 704).
View of flashlight, (Ptf's Ex. 709).
View of flashlight, (Ptf's Ex. 713).
View of flashlight, (Ptf's Ex. 714).
View of flashlight, (Ptf's Ex. 724).
View of flashlight, (Ptf's Ex. 728).
View of flashlight, (Ptf's Ex. 748 or 743?) (has carrying strap).
View of flashlight, (Ptf's Ex. 740).
View of flashlight, (Ptf's Ex. 744).
View of flashlight, (Ptf's Ex. 747).
Eveready Masterlites, The Light of a New Age, 11 pg. catalog, marked DX 5326.
Eveready Daylo, Dealer's Edition Catalog No. 736, (1918), 8 pgs. (Ex. DX 5327).
"The History of Portable Light in America", 24 pg. by Eveready (Ex. DX 5325).
"Eveready Automatic Spotlights", 15 pg. brochure (Ex. DX 5324).
50–pg. booklet, 1st legible page reads "To the founders and past presidents of the Bridgeport Metal Goods Manufacturing Company . . . ", (Ex. No. not legible).
View of flashlight with Coca Cola can and ruler, marked "5001".
View of flashlight with Coca Cola can and ruler, marked "5002".
View of flashlight with Coca Cola can and ruler, marked "5003".
View of flashlight with Coca Cola can and ruler, marked "5004".
View of flashlight with Coca Cola can and ruler, marked "5005".
View of flashlight with Coca Cola can and ruler, marked "5006".
View of flashlight with Coca Cola can and ruler, marked "5007".
View of flashlight with Coca Cola can and ruler, marked "5008".
View of flashlight with Coca Cola can and ruler, marked "5009".
View of flashlight with Coca Cola can and ruler, marked "5023".
View of flashlight with Coca Cola can and ruler, marked "5024".
View of flashlight with Coca Cola can and ruler, marked "5025".

View of flashlight with Coca Cola can and ruler, marked "5032".
View of flashlight with Coca Cola can and ruler, marked "5033".
View of flashlight with Coca Cola can and ruler, marked "5034".
View of flashlight with Coca Cola can and ruler, marked "5035".
View of flashlight with Coca Cola can and ruler, marked "5036".
View of flashlight with Coca Cola can and ruler, marked "5045".
View of flashlight with Coca Cola can and ruler, marked "5048".
View of flashlight with Coca Cola can and ruler, marked "5049".
View of flashlight with Coca Cola can and ruler, marked "5050".
View of flashlight with Coca Cola can and ruler, marked "5051".
View of flashlight with Coca Cola can and ruler, marked "5052".
View of flashlight with Coca Cola can and ruler, marked "5056".
View of flashlight with Coca Cola can and ruler, marked "5057".
View of flashlight with Coca Cola can and ruler, marked "5060".
View of flashlight with Coca Cola can and ruler, marked "5061".
View of flashlight with Coca Cola can and ruler, marked "5062".
View of flashlight with Coca Cola can and ruler, marked "5063".
View of flashlight with Coca Cola can and ruler, marked "5064".
View of flashlight with Coca Cola can and ruler, marked "5065".
View of flashlight with Coca Cola can and ruler, marked "5067".
View of flashlight with Coca Cola can and ruler, marked "5074A".
View of flashlight with Coca Cola can and ruler, marked "5075A".
View of flashlight with Coca Cola can and ruler, marked "5076".
View of flashlight with Coca Cola can and ruler, marked "5078".
View of flashlight with Coca Cola can and ruler, marked "5079".
View of flashlight with Coca Cola can and ruler, marked "5080".
View of flashlight with Coca Cola can and ruler, marked "5081".
View of flashlight with Coca Cola can and ruler, marked "5082".
View of flashlight with Coca Cola can and ruler, marked "5083".
View of flashlight with Coca Cola can and ruler, marked "5084".
View of flashlight with Coca Cola can, "Maxlite 5–3–2" box and ruler, marked "5111".
View of flashlight with Coca Cola can and ruler, marked "5112".

EXHIBIT 2
PAGE 34

## US D530,438 S
Page 5

View of flashlight with Coca Cola can and ruler, marked "5115".

View of flashlight with Coca Cola can and ruler, marked "5118".

View of flashlight with Coca Cola can and ruler, marked "5118A".

View of flashlight with Coca Cola can and ruler, marked "5126".

View of flashlight with Coca Cola can and ruler, marked "5127".

View of flashlight with Coca Cola can and ruler, marked "5129".

View of flashlight with Coca Cola can and ruler, marked "5130".

View of flashlight with Coca Cola can and ruler, marked "5131".

View of flashlight with Coca Cola can and ruler, marked "5132".

View of flashlight with Coca Cola can and ruler, marked "5133".

View of flashlight with Coca Cola can and ruler, marked "5137A".

View of flashlight with Coca Cola can and ruler, marked "5145".

View of flashlight with Coca Cola can and ruler, marked "5147".

View of flashlight with Coca Cola can and ruler, marked "5149".

View of flashlight with Coca Cola can and ruler, marked "5154".

View of flashlight with Coca Cola can and ruler, marked "5279".

View of flashlight with Coca Cola can and ruler, marked "5300".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5301".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5302".

View of flashlight with Coca Cola can, "Rayovac Police Flashlight" box and ruler, marked "5303".

View of flashlight with Coca Cola can and ruler, marked "5304".

View of flashlight with Coca Cola can and ruler, marked "5305".

View of flashlight with Coca Cola can and ruler, marked "5306".

View of flashlight with Coca Cola can and ruler, marked "5307".

View of flashlight with Coca Cola can and ruler, marked "5308".

View of flashlight with Coca Cola can and ruler, marked "5309".

View of flashlight with Coca Cola can and ruler, marked "5310".

View of flashlight with Coca Cola can and ruler, marked "5311".

View of flashlight with Coca Cola can and ruler, marked "5312".

View of flashlight with Coca Cola can and ruler, marked "5313".

View of flashlight with Coca Cola can and ruler, marked "5314".

View of flashlight with Coca Cola can and ruler, marked "5315".

View of flashlight with Coca Cola can and ruler, marked "5317".

View of flashlight with Coca Cola can and ruler, marked "5318".

View of flashlight with Coca Cola can and ruler, marked "5319".

View of flashlight with Coca Cola can and ruler, marked "5320".

View of flashlight with Coca Cola can and ruler, marked "5321".

View of flashlight with Coca Cola can and ruler, marked "5322".

View of flashlight with Coca Cola can and ruler, marked "5841".

View of flashlight with Coca Cola can and ruler, marked "5845".

View of flashlight with Coca Cola can and ruler, marked "5846".

View of flashlight with Coca Cola can and ruler, marked "5971".

View of flashlight with Coca Cola can and ruler, marked "5972".

View of flashlight with Coca Cola can and ruler, marked "5973".

View of flashlight with Coca Cola can and ruler, marked "5974".

View of flashlight with Coca Cola can, "Bianci" box and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6112".

View of flashlight with Coca Cola can and ruler, marked "6118".

View of flashlight with Coca Cola can and ruler, marked "6119".

View of flashlight with Coca Cola can and ruler, marked "6120".

View of flashlight with Coca Cola can and ruler, marked "6121".

View of flashlight with Coca Cola can and ruler, marked "6124".

View of flashlight with Coca Cola can, container, and ruler, marked "12A".

View of flashlight with Coca Cola can, "Little Commander Pocketlight" packaging and ruler, marked "468".

View of flashlight with Coca Cola can and ruler, marked "2577".

View of flashlight with Coca Cola can and ruler, marked "2578".

View of flashlight with Coca Cola can and ruler, marked "2579".

View of flashlight with Coca Cola can and ruler, marked "2580".

View of flashlight with Coca Cola can and ruler, marked "2581".

View of flashlight with Coca Cola can and ruler, marked "2582".

View of flashlight with Coca Cola can and ruler, marked "2584".

View of flashlight with Coca Cola can and ruler, marked "2570".

View of flashlight with Coca Cola can and ruler, marked "2571".

EXHIBIT 2
PAGE 35

## US D530,438 S

Page 6

View of flashlight with Coca Cola can and ruler, marked "2572".

View of flashlight with Coca Cola can and ruler, marked "2574".

View of flashlight with Coca Cola can and ruler, marked "2577".

View of flashlight with Coca Cola can and ruler, marked "2677".

View of flashlight with Coca Cola can and ruler, marked "2742".

View of flashlight with Coca Cola can and ruler, marked "2749".

View of flashlight with Coca Cola can and ruler, marked "2753".

View of flashlight with Coca Cola can and ruler, marked "2755".

View of flashlight with Coca Cola can and ruler, marked "2874".

View of flashlight with Coca Cola can and ruler, marked "3717".

View of flashlight marked "2678".

View of flashlight marked "2679".

View of flashlight, with two additional parts, marked "2580".

View of flashlight with ruler.

View of flashlight with Coca Cola can and ruler, marked "464 (CPX–55)".

View of flashlight with Coca Cola can and ruler, marked "CPX–422".

View of flashlight with Coca Cola can and ruler, marked "CPX–393".

View of flashlight with Coca Cola can and ruler, marked "CPX–385".

View of flashlight with Coca Cola can and ruler, marked "CPX–264".

View of flashlight with Coca Cola can and ruler, marked "349".

View of flashlight with Coca Cola can and ruler, marked "SL575".

View of flashlight with Coca Cola can and ruler, marked "SL351".

View of flashlight with Coca Cola can and ruler, marked "SL699".

View of flashlight with Coca Cola can and ruler, marked "SL102".

View of flashlight, marked Deposition Exhibiit 45 (?).

Weston, "Mini Flash Lite", advertisement.

* cited by examiner

EXHIBIT 2
PAGE 36

**U.S. Patent**                 Oct. 17, 2006                 **US D530,438 S**



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*

EXHIBIT 2
PAGE 37

# EXHIBIT 3



US00D530439S

(12) **United States Design Patent**
Maglica

(10) Patent No.: **US D530,439 S**
(45) Date of Patent: ** **Oct. 17, 2006**

(54) **FLASHLIGHT**

(75) Inventor: **Anthony Maglica**, Anaheim, CA (US)

(73) Assignee: **Mag Instrument, Inc.**, Ontario, CA (US)

(**) Term: 14 Years

(21) Appl. No.: **09/385,129**

(22) Filed: **Aug. 27, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 07/410,965, filed on Sep. 22, 1989, now abandoned, which is a division of application No. 07/356,361, filed on May 23, 1989, now Pat. No. 4,942,505, which is a continuation of application No. 07/222,378, filed on Jul. 19, 1988, now Pat. No. 4,899,265, which is a continuation of application No. 07/034,918, filed on Apr. 6, 1987, now abandoned, which is a continuation of application No. 06/828,729, filed on Feb. 11, 1986, now Pat. No. 4,658,336, which is a continuation of application No. 06/648,032, filed on Sep. 6, 1984, now Pat. No. 4,577,263.

(51) LOC (8) Cl. .................................................. 26-02

(52) U.S. Cl. ................................................ D26/49

(58) Field of Classification Search ........... D26/37–50; 362/157–158, 183–208
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,109,415 A | 9/1914 | Harris |
| 1,116,048 A | 11/1914 | Farber |
| 1,559,481 A | 10/1925 | Voorhees |
| 1,568,093 A | 1/1926 | Shannon |
| 1,584,539 A | 5/1926 | Hopkins |
| 1,599,095 A | 9/1926 | McCabe |
| 1,603,272 A | 10/1926 | Eaton |
| 1,638,716 A | 8/1927 | Surles |
| 1,644,126 A | 10/1927 | Harris |
| 1,674,650 A | 6/1928 | Leser |
| 1,680,169 A | 8/1928 | Osean |
| 1,680,188 A | 8/1928 | Weber |
| 1,680,484 A | 8/1928 | Stimson |

| | | |
|---|---|---|
| 1,768,554 A | 1/1930 | Freitag |
| 1,758,835 A | 5/1930 | Hime |
| 1,769,436 A | 7/1930 | Koretzky |
| 1,895,913 A | 1/1933 | Buchholz |
| 1,905,787 A | 4/1933 | Barber |
| 2,016,819 A | 10/1935 | Meginniss ............... 240/10.66 |
| 2,051,889 A | 8/1936 | Nygard ....................... 240/10.6 |
| 2,097,222 A | 10/1937 | Tompkins et al. ....... 340/10.66 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 114558 | 1/1942 |
| AU | 138873 | 10/1950 |
| DE | 2408928 | of 1976 |
| FR | 1430456 | of 1966 |
| FR | 2372382 | of 1976 |
| GB | 292836 | of 1928 |
| GB | 411218 | of 1934 |
| GB | 549104 | of 1942 |
| GB | 752619 | of 1956 |
| GB | 812980 | of 1959 |
| GB | 884212 | of 1961 |
| GB | 2091863 | of 1982 |

OTHER PUBLICATIONS

P. 243 of Japanese Patent Gazette Feb. 16, 1982—Utility Model 42071.

(Continued)

*Primary Examiner*—Alan P. Douglas
(74) *Attorney, Agent, or Firm*—Jones Day

(57) **CLAIM**

The ornamental design for a flashlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a flashlight showing my new design;
FIG. **2** is a side elevational view thereof; and,
FIG. **3** is a front elevational view thereof.

**1 Claim, 1 Drawing Sheet**



EXHIBIT 3
PAGE 38

## US D530,439 S
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,173,650 A | 9/1939 | Fullmer | 240/10.66 |
| 2,176,301 A | 10/1939 | Haas | 240/10.66 |
| 2,180,228 A | 11/1939 | Floorman | 240/10.68 |
| 2,210,312 A | 8/1940 | Wood | 240/10.6 |
| 2,212,103 A | 8/1940 | Rothenberg et al. | 240/10.69 |
| 2,229,486 A | 1/1941 | Barash et al. | 240/10.66 |
| 2,249,691 A | 7/1941 | Gelardin | 240/10.66 |
| 2,259,106 A | 10/1941 | Hagers | 200/60 |
| 2,272,907 A | 2/1942 | Deibeles | 240/10.61 |
| 2,298,042 A | 10/1942 | Desimone | 240/10.66 |
| 2,338,078 A | 12/1943 | Wood | 240/10.66 |
| 2,339,356 A | 1/1944 | Sachse | 240/10.66 |
| 2,341,057 A | 2/1944 | Muldoon | 240/10.66 |
| 2,347,531 A | 4/1944 | Yardeny | 200/60 |
| D142,277 S | 8/1945 | Lippincott | D48/24 |
| 2,396,046 A | 3/1946 | Hipwell et al. | 240/10.66 |
| 2,443,539 A | 6/1948 | Kopp | 200/60 |
| 2,483,665 A | 10/1949 | Phillips | 240/10.63 |
| 2,490,830 A | 12/1949 | Norton | 240/10.63 |
| 2,493,205 A | 1/1950 | Muldoon | 240/10.67 |
| 2,530,913 A | 11/1950 | Shackel | 240/10.6 |
| 2,540,683 A | 2/1951 | MacLeanz | 200/60 |
| 2,570,838 A | 10/1951 | Nathan et al. | 240/10.68 |
| 2,599,295 A | 6/1952 | Thomas | 200/60 |
| D169,981 S | 7/1953 | Lambert | D48/24 |
| 2,737,574 A | 3/1956 | Muller | 240/6.4 |
| 2,769,896 A | 11/1956 | Lambert | 240/10.6 |
| 2,830,280 A | 4/1958 | Webber | 339/191 |
| 2,852,634 A | 9/1958 | Garland | 200/60 |
| 2,876,410 A | 3/1959 | Fry | 320/48 |
| 2,915,621 A | 12/1959 | Garland | 240/10.66 |
| 2,931,005 A | 3/1960 | Saurwein et al. | 339/182 |
| 2,945,944 A | 7/1960 | Gillespie | 240/10.68 |
| 3,264,464 A | 8/1961 | Gits | 240/10.67 |
| 3,014,125 A | 12/1961 | Draudt | 240/10.68 |
| 3,076,689 A | 2/1963 | Taylor | 8/119 |
| 3,076,891 A | 2/1963 | Moore | 240/10.66 |
| 3,078,761 A | 2/1963 | Zorn | 38/24 |
| D197,062 S | 12/1963 | Oakley et al. | D48/24 |
| 3,184,589 A | 5/1965 | Gibbens | 240/10.67 |
| 3,323,118 A | 5/1967 | Chan | 340/321 |
| D208,940 S | 10/1967 | Moore | D48/24 |
| 3,521,050 A | 7/1970 | Shagena, Jr. | 240/10.6 |
| 3,526,765 A | 9/1970 | Rossi | 240/10.6 |
| 3,622,776 A | 11/1971 | Wyrick | 240/10.66 |
| 3,652,846 A | 3/1972 | Starck, II | 240/10.63 |
| 3,737,649 A | 6/1973 | Nelson et al. | 240/6.42 |
| D231,560 S | 4/1974 | Keller | D26/2 |
| 3,825,740 A | 7/1974 | Friedman et al. | 240/10.6 |
| 3,829,676 A | 8/1974 | Nelson et al. | 240/10.6 |
| 3,835,272 A | 9/1974 | Wisenbaker | 200/60 |
| 3,890,498 A | 6/1975 | Toth, Sr. | 240/10.6 |
| 3,924,116 A | 12/1975 | Brindley | 240/10.6 |
| RE29,047 E | 11/1976 | Brindley | 240/10.66 |
| D242,277 S | 11/1976 | Waldorf | D22/26 |
| 3,992,596 A | 11/1976 | Miller | 200/60 |
| 4,060,723 A | 11/1977 | Nelson | 362/205 |
| 4,092,580 A | 5/1978 | Prinsze | 320/2 |
| 4,114,187 A | 9/1978 | Uke | 362/158 |
| 4,151,583 A | 4/1979 | Miller | 362/205 |
| 4,156,271 A | 5/1979 | Vercellotti | 362/202 |
| 4,171,534 A | 10/1979 | Strowe | 362/183 |
| 4,187,532 A | 2/1980 | Naffier | 362/186 |
| 4,203,150 A | 5/1980 | Shamlian | 362/183 |
| 4,220,985 A | 9/1980 | Hukuba | 362/203 |
| 4,234,913 A | 11/1980 | Ramme | 362/158 |
| 4,237,526 A | 12/1980 | Wood | 362/158 |
| 4,261,026 A | 4/1981 | Bolha | 362/101 |
| 4,286,311 A | 8/1981 | Maglica | 362/205 |
| D263,170 S | 2/1982 | Maglica | D26/49 |
| 4,322,782 A | 3/1982 | Wong | 362/183 |
| 4,327,401 A | 4/1982 | Siiberg | 362/183 |
| 4,329,740 A | 5/1982 | Colvin | 362/184 |
| 4,348,715 A | 9/1982 | Christensen et al. | 362/109 |
| 4,357,648 A | 11/1982 | Nelson | 362/183 |
| 4,388,673 A | 6/1983 | Maglica | 362/183 |
| 4,398,232 A | 8/1983 | Elmore | 361/47 |
| 4,398,238 A | 8/1983 | Nelson | 362/187 |
| 4,415,954 A | 11/1983 | Schaefer | 362/202 |
| 4,429,351 A | 1/1984 | Petzl et al. | 362/202 |
| 4,472,766 A | 9/1984 | Hung | 362/158 |
| 4,479,171 A | 10/1984 | Mains | 362/102 |
| 4,495,551 A | 1/1985 | Foltz | 362/205 |
| 4,504,890 A | 3/1985 | Chan | 362/203 |
| 4,514,790 A | 4/1985 | Will | 362/183 |
| 4,527,223 A | 7/1985 | Maglica | 362/187 |
| 4,531,178 A | 7/1985 | Uke | 362/158 |
| 4,577,263 A | 3/1986 | Maglica | 362/187 |
| 4,581,686 A | 4/1986 | Nelson | 362/204 |
| 4,656,565 A | 4/1987 | Maglica | 362/187 |
| 4,658,336 A | 4/1987 | Maglica | 362/197 |
| 4,695,551 A | 9/1987 | Samhaber et al. | 435/292 |
| 4,725,932 A | 2/1988 | Gammache | 362/202 |
| 4,733,337 A | 3/1988 | Bieberstein | 362/206 |
| 4,750,095 A | 6/1988 | Huang | 362/190 |
| D297,669 S | 9/1988 | Rinaldi et al. | D26/49 |
| 4,777,582 A | 10/1988 | Sharrah | 362/205 |
| D306,492 S | 3/1990 | Sharrah | D26/49 |
| D306,910 S | 3/1990 | Kung | D26/49 |
| D308,109 S | 5/1990 | Maglica et al. | D26/49 |
| D308,257 S | 5/1990 | Staubitz et al. | D26/49 |
| D308,258 S | 5/1990 | Kung-kit et al. | D26/49 |

### OTHER PUBLICATIONS

P. 433 of Japanese Patent Gazette Apr. 1, 1981 (Taiwan)—Utility Model.

Kel-Lite Flashlight Advertising—Near Indestructible pages (Ex. DX 5010).

Kel-Lite Advertising (4 pages) (Ex. DX 5022).

Kel-Lite Advertising "The Original Flashlight Made To Last a Lifetime!", 1 pg. (Ex. DX 50??).

Kel-Lite article (1 pg.) from *The Wall Street Journal*, Thrusday, Jun. 2, 1977 (Ptf's Ex. 3051).

Eddie Bauer—"Indispensibles for Home, Sports and Travel"—3-page ad (Ex. DX 5014).

Eddie Bauer—"Indispensibles for Home, Sports and Travel"—2-page ad—w/note from Bud Folcke (Sue) to Don dated Aug. 6, 1974 (Ex. DX 5019).

—, Inc. "Outdoor Sportsmans Supplies", Summer 1979 "Over 300 Price Cuts" (2 pgs.) (Ex. DX 5508).

"Law and Order", vol. 30, No. 10, Oct. 1982 (3 pgs.—cover, editorial and p. 26) (Ex. DX 5505).

"Trooper™ Superlight" (1 pg. ad) (Ex. DX 5579).

"Lumilite®" 2–page ad. re flashlights (Ex. DX 5578).

"Krypton" 2–pg. ad re flashlights (Ex. DX 5577).

"Magna–Force", "Aluminum Extruded Handlights 70% Brighter!" ad (1 page) (Ex. DX 5254).

"First of its Kind! Streamlite–20." ad (2 pg.) (Ex. DX 5068).

"The Longer, Stronger Streamlite–35." (2 pg. ad) (Ex. DX 5070).

"Who says they're the best? You do!" (1 pg. ad) (Ex. DX 5069).

"The Power of Light", Streamlight, Inc., 11 pg. brochure (Ex. DX 5073).

Gem Products, a Division of Expert Precision Products, Inc., 4 pg. brochure, mraked Exhibit DX 5058.

"Luma–Tech" brochure, 11 pg. brochure (Ex. BRX 203).

EXHIBIT 3
PAGE 39

## US D530,439 S
Page 3

"Smoke–Cutter", "The Professional Fire–Fighter's Flash-light" brochure, 2 pg. (Ex. DX 5055).

F. Morton Pitt Co., brochure re "Code Four"™, 4 pages (Ex. DX 5053).

"Code Four", "No Further Assistance Needed", 2 page ad (Ex. DX 5054).

Police Equipment Division ad re Flashlights and Accessories, 2 pages, (Ex. BRX 202).

"Power Probe—Medical Flashlight" ad by Police Equipment Division (1978), 1 pg., (Ex. BRX 204).

"The Perfect Premium/Incentive" by Tru–Grit® Flashlights, 1 pg. (Ex. DX 5046).

"Yardney Presents 2 Bright Lights", Yardney Electric Corporation, 1 pg. (Ex. DX 5047).

B–Lite™, "America's finest Hand Held Flashlight"—"C" cell, 1 pg. price list and order form (Ex. DX 5043).

B–Lite™, "For Those Who Demand The Very Best!", 2 pg. ad, (Ex. DX 5042).

B–Lite, 2 pg. cut-away view and order form and price list (Ex. DX 5039).

Bianchi B–Lite "The World's Finest Handheld Spotlight", 3 pg. ad re Police Accessories (Ex. DX 5038).

Bianchi B–Lite, 3 pg. 1977 Catalog (Ex. DX 5040).

Bianchi B–Lite, 4 pg. 1978 listing (Ex. DX 5041).

B–Lite, The world standard by which all gunleather is judged™, 2 pg. ad (Ex. BRX 207).

Bianchi B–Lite, 1 pg. ad and price list (Ex. 6471).

Bianchi Super B–Lite, "New High Intensity Reflector!", 1 pg. ad (Ex. 6472).

B–Lite "All New Push–Button Switch!", 1 pg. ad (Ptf's Ex. 3045).

Bianchi Super B–Lite, New High Intensity Reflector ad marked Ptf's Exh. 3044.

Bianchi B–Lite, 1 pg. ad marked Ptf's Ex. 3043.

Safariland, 4 pg. brochure (Ex. DX 5015).

Safariland 76, 4 pg. brochure (Ex. Dx 5020).

Safariland 1977, 5 pg. brochure (Ex. DX 5017).

1978 Safariland brochure, 6 pgs. (Ex. DX 5018).

Safariland 1980 brochure, 8 pgs. (Ex. DX 5021).

Safariland Kel–lite: "The Last Flashlight You'll Ever Have To Buy", 3 pg. brochure (Ex. BRX 200).

Safariland Pursuit Case—Firepower, 2 pg. ad (Ptf's Ex. 3042).

Pro–Light brochure, Jabsco Products ITT (1978), 4 pg. brochure (Ex. DX 5026).

Pro–Light brochure, 6 pgs. (Ex. DX 5027).

Sireno Pro–Light, Professional Flashlights, 1 pg. ad by Jabsco Products ITT (1978) (Ex. DX 5028).

Greystone Marketing, 4 pg. Ordering Information and price list (Ex. DX 5029).

Pro–Light Distributer Price Schedule ' by Greystone Marketing, 4 pgs. (Ex. DX 5030).

Pro–Light™, Professional Flashlights, brochure "Introducing Pro–Loc Adjustable Beam Flashlights", by Greystone Marketing, Inc. (1982), 16 pgs. (Ex. DX 5031).

Pro–Light™, Professional Flashlights brochure, 8 pgs. (Ptf's Ex. 478–A).

Pro–Light brochure, by VSI Recreation Products, 2 pgs. (Ptf's Ex. CX–1312).

Rayovac Corporation, 4 pg. brochure re Police Flashlights, (Ex. BRX–342).

"Defensive Tactics Flashlights", official DTI Manual by John G. Peters, Jr., 31 pgs. (Ex. BRX 212).

Bass Pro Shops, Christmas 1983 catalog, 3 pgs., (Ex. BRX 210).

"The Law Officer's Magazine—Police", FBI, The Hoover Years, 2 pg. ad re Mag–Lite (Ex. BRX 302).

"The Law Officer's Magazine—Police", Mar.–Apr. 1978, vol. 2, No. 2, cover and 3 pgs. (Ptf's Ex. CX–1314).

"Lights", brochure by Justrite®, 5 pgs. (Ptf's Ex. CX–1310).

Sa–So Sargent–Sowell Inc. brochure, 7 pgs. (Ex. BRX 206).

"Home & Auto" ad (Nov. 1980), 3 pgs. (Ex BRX 216).

"Mag–Lite", "Standard Head "D" & "C" Size Commercial Specifications", 2 pg. marked Confidential—Counsel Eyes Only—(Ex BRX 119).

G.T. Price Products, Inc. "The Professional Line" catalog, 9 pgs. (Ptf's Ex. CX 1431).

National Law Enforcement Supply, "Off–Duty Gift Catalog", 5 pgs. (Ptf's Ex. CX 1313).

"Magnificent!", Mag Charger by Mag Instrument, 2 pg. ad May 1984 (Ex. BRX 213).

Mag Lite ad "They demand . . . the very best.", 1 pg. (Ex. BRX 291).

Mag–Lite™ ad, "Strength & Reliability", 1 pg. (Ex. BRX 202 (Depo. Ex. PX 82).

"The Last Flashlight You'll Ever Have to Buy" (Ptf's Ex. 3050).

The Sunday Oregonian, Dec. 1982 "From: GI Joe's", 1 pg. ad re Mag–Lite (Ptf's Ex. 3055).

Mag–Lite, 1 pg. ad by The 63rd CSGA Annual National Convention and Exhibition, Feb. 3–6, 1980 (Ex. BRX 219).

Mag Instrument ad, 1 pg. (Ex. BRX 211).

Mag–Lite add, 1 pg. by Nationwide Sports Distributor, (Ex. BRX 220).

"Mag–Lite™, The right light . . . for the job." 4 pg. brochure, (Ptf's Ex. 425).

"A precision tool . . . " by Mag–lite, 1 pg. (Ptf's Ex. 422–A).

"Pick up the lighters", by Mag Instrument, 1 pg. ad (Ptf's Ex. 422–B).

Mag–lite®, 1 pg. ad re C–Cell & D–Cell, (Ptf's Ex. 483).

View of flashlight, Ex. DX 5625.

View of flashlight, Ex. DX 5626.

View of flashlight Ex. DX 5628.

View of flashlight, Ex. DX 5629.

View of flashlight, Ex. DX 5640.

View of flashlight, Ex. DX 5641.

View of flashlight, Ex. DX 5462.

View of flashlight, Ex. DX 5643.

View of flashlight, (Ptf's Ex. 92).

View of flashlight, (Ptf's Ex. 93).

View of flashlight, (Ptf's Ex. 95).

View of flashlight, (Ptf's Ex. 96).

View of flashlight, (Ptf's Ex. 98).

View of flashlight, (Ptf's Ex. 100).

View of flashlight, (Ptf's Ex. 103).

View of flashlight, (Ptf's Ex. 104).

View of flashlight, (Ptf's Ex. 106).

View of flashlight, (Ptf's Ex. 108).

View of flashlight, (Ptf's Ex. 247).

View of flashlights, (6) (Ptf's Ex. 415).

View of flashlight, (Ptf's Ex. 699).

View of flashlight, (Ptf's Ex. 701).

View of flashlight, (Ptf's Ex. 702).

View of flashlight, (Ptf's Ex. 704).

View of flashlight, (Ptf's Ex. 709).

View of flashlight, (Ptf's Ex. 713).

View of flashlight, (Ptf's Ex. 714).

EXHIBIT 3
PAGE 40

## US D530,439 S
Page 4

View of flashlight, (Ptf's Ex. 724).
View of flashlight, (Ptf's Ex. 728).
View of flashlight, (Ptf's Ex. 748 or 743?) (has carrying strap).
View of flashlight, (Ptf's Ex. 740).
View of flashlight, (Ptf's Ex. 744).
View of flashlight, (Ptf's Ex. 747).
Eveready Masterlites, The Light of a New Age, 11 pg. catalog, marked Ex. DX 5326.
Eveready Daylo, Dealer's Edition Catalog No. 736, (1918), 8 pgs. (Ex. DX 5327).
"The History of Portable Light in America", 24 pg. by Eveready (Ex. DX 5325).
"Eveready Automatic Spotlights", 15 pg. brochure (Ex. DX 5324).
50–pg. booklet, 1st legible page reads "To the founders and past presidents of the Bridgeport Metal Goods Manufacturing Company . . . ", (Ex. No. not legible).
View of flashlight with Coca Cola can and ruler, marked "5001".
View of flashlight with Coca Cola can and ruler, marked "5002".
View of flashlight with Coca Cola can and ruler, marked "5003".
View of flashlight with Coca Cola can and ruler, marked "5004".
View of flashlight with Coca Cola can and ruler, marked "5005".
View of flashlight with Coca Cola can and ruler, marked "5006".
View of flashlight with Coca Cola can and ruler, marked "5007".
View of flashlight with Coca Cola can and ruler, marked "5008".
View of flashlight with Coca Cola can and ruler, marked "5009".
View of flashlight with Coca Cola can and ruler, marked "5023".
View of flashlight with Coca Cola can and ruler, marked "5024".
View of flashlight with Coca Cola can and ruler, marked "5025".
View of flashlight with Coca Cola can and ruler, marked "5032".
View of flashlight with Coca Cola can and ruler, marked "5033".
View of flashlight with Coca Cola can and ruler, marked "5034".
View of flashlight with Coca Cola can and ruler, marked "5035".
View of flashlight with Coca Cola can and ruler, marked "5036".
View of flashlight with Coca Cola can and ruler, marked "5045".
View of flashlight with Coca Cola can and ruler, marked "5048".
View of flashlight with Coca Cola can and ruler, marked "5049".
View of flashlight with Coca Cola can and ruler, marked "5050".
View of flashlight with Coca Cola can and ruler, marked "5051".
View of flashlight with Coca Cola can and ruler, marked "5052".

View of flashlight with Coca Cola can and ruler, marked "5056".
View of flashlight with Coca Cola can and ruler, marked "5057".
View of flashlight with Coca Cola can and ruler, marked "5060".
View of flashlight with Coca Cola can and ruler, marked "5061".
View of flashlight with Coca Cola can and ruler, marked "5062".
View of flashlight with Coca Cola can and ruler, marked "5063".
View of flashlight with Coca Cola can and ruler, marked "5064".
View of flashlight with Coca Cola can and ruler, marked "5065".
View of flashlight with Coca Cola can and ruler, marked "5067".
View of flashlight with Coca Cola can and ruler, marked "5074A".
View of flashlight with Coca Cola can and ruler, marked "5075A".
View of flashlight with Coca Cola can and ruler, marked "5076".
View of flashlight with Coca Cola can and ruler, marked "5078".
View of flashlight with Coca Cola can and ruler, marked "5079".
View of flashlight with Coca Cola can and ruler, marked "5080".
View of flashlight with Coca Cola can and ruler, marked "5081".
View of flashlight with Coca Cola can and ruler, marked "5082".
View of flashlight with Coca Cola can and ruler, marked "5083".
View of flashlight with Coca Cola can and ruler, marked "5084".
View of flashlight with Coca Cola can, "Maxlite 5–3–2" box and ruler, marked "5111".
View of flashlight with Coca Cola can and ruler, marked "5112".
View of flashlight with Coca Cola can and ruler, marked "5115".
View of flashlight with Coca Cola can and ruler, marked "5118".
View of flashlight with Coca Cola can and ruler, marked "5118A".
View of flashlight with Coca Cola can and ruler, marked "5126".
View of flashlight with Coca Cola can and ruler, marked "5127".
View of flashlight with Coca Cola can and ruler, marked "5129".
View of flashlight with Coca Cola can and ruler, marked "5130".
View of flashlight with Coca Cola can and ruler, marked "5131".
View of flashlight with Coca Cola can and ruler, marked "5132".
View of flashlight with Coca Cola can and ruler, marked "5133".
View of flashlight with Coca Cola can and ruler, marked "5137A".

EXHIBIT 3
PAGE 41

## US D530,439 S
### Page 5

View of flashlight with Coca Cola can and ruler, marked "5145".

View of flashlight with Coca Cola can and ruler, marked "5147".

View of flashlight with Coca Cola can and ruler, marked "5149".

View of flashlight with Coca Cola can and ruler, marked "5154".

View of flashlight with Coca Cola can and ruler, marked "5279".

View of flashlight with Coca Cola can and ruler, marked "5300".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5301".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5302".

View of flashlight with Coca Cola can, "Rayovac Police Flashlight" box and ruler, marked "5303".

View of flashlight with Coca Cola can and ruler, marked "5304".

View of flashlight with Coca Cola can and ruler, marked "5305".

View of flashlight with Coca Cola can and ruler, marked "5306".

View of flashlight with Coca Cola can and ruler, marked "5307".

View of flashlight with Coca Cola can and ruler, marked "5308".

View of flashlight with Coca Cola can and ruler, marked "5309".

View of flashlight with Coca Cola can and ruler, marked "5310".

View of flashlight with Coca Cola can and ruler, marked "5311".

View of flashlight with Coca Cola can and ruler, marked "5312".

View of flashlight with Coca Cola can and ruler, marked "5313".

View of flashlight with Coca Cola can and ruler, marked "5314".

View of flashlight with Coca Cola can and ruler, marked "5315".

View of flashlight with Coca Cola can and ruler, marked "5315".

View of flashlight with Coca Cola can and ruler, marked "5317".

View of flashlight with Coca Cola can and ruler, marked "5318".

View of flashlight with Coca Cola can and ruler, marked "5319".

View of flashlight with Coca Cola can and ruler, marked "5320".

View of flashlight with Coca Cola can and ruler, marked "5321".

View of flashlight with Coca Cola can and ruler, marked "5322".

View of flashlight with Coca Cola can and ruler, marked "5841".

View of flashlight with Coca Cola can and ruler, marked "5845".

View of flashlight with Coca Cola can and ruler, marked "5846".

View of flashlight with Coca Cola can and ruler, marked "5971".

View of flashlight with Coca Cola can and ruler, marked "5972".

View of flashlight with Coca Cola can and ruler, marked "5973".

View of flashlight with Coca Cola can and ruler, marked "5974".

View of flashlight with Coca Cola can, "Bianchi" box and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6112".

View of flashlight with Coca Cola can and ruler, marked "6118".

View of flashlight with Coca Cola can and ruler, marked "6119".

View of flashlight with Coca Cola can and ruler, marked "6120".

View of flashlight with Coca Cola can and ruler, marked "6121".

View of flashlight with Coca Cola can and ruler, marked "6124".

View of flashlight with Coca Cola can, container, and ruler, marked "12A".

View of flashlight with Coca Cola can, "Little Commander Pocketlight" packaging and ruler, marked "468".

View of flashlight with Coca Cola can and ruler, marked "2577".

View of flashlight with Coca Cola can and ruler, marked "2578".

View of flashlight with Coca Cola can and ruler, marked "2579".

View of flashlight with Coca Cola can and ruler, marked "2580".

View of flashlight with Coca Cola can and ruler, marked "2581".

View of flashlight with Coca Cola can and ruler, marked "2582".

View of flashlight with Coca Cola can and ruler, marked "2584".

View of flashlight with Coca Cola can and ruler, marked "2570".

View of flashlight with Coca Cola can and ruler, marked "2571".

View of flashlight with Coca Cola can and ruler, marked "2572".

View of flashlight with Coca Cola can and ruler, marked "2574".

View of flashlight with Coca Cola can and ruler, marked "2677".

View of flashlight with Coca Cola can and ruler, marked "2742".

View of flashlight with Coca Cola can and ruler, marked "2749".

View of flashlight with Coca Cola can and ruler, marked "2753".

View of flashlight with Coca Cola can and ruler, marked "2755".

View of flashlight with Coca Cola can and ruler, marked "2874".

View of flashlight with Coca Cola can and ruler, marked "3717".

View of flashlight marked "2678".

View of flashlight marked "2679".

EXHIBIT 3
PAGE 42

# US D530,439 S

Page 6

View of flashlight, with two additional parts, marked "2580".

View of flashlight with ruler.

View of flashlight with Coca Cola can and ruler, marked "464 (CPX–55)".

View of flashlight with Coca Cola can and ruler, marked "CPX–422".

View of flashlight with Coca Cola can and ruler, marked "CPX–393".

View of flashlight with Coca Cola can and ruler, marked "CPX–385".

View of flashlight with Coca Cola can and ruler, marked "CPX–264".

View of flashlight with Coca Cola can and ruler, marked "349".

View of flashlight with Coca Cola can and ruler, marked "SL575".

View of flashlight with Coca Cola can and ruler, marked "SL351".

View of flashlight with Coca Cola can and ruler, marked "SL699".

View of flashlight with Coca Cola can and ruler, marked "SL102".

View of flashlight, marked Deposition Exhibit 45 (?).

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Central Purchasing, Inc.*, No. 89–4668 ER (JRx), filed Apr. 1990.

Consent Judgment and Injunction in *Mag Instrument. Inc. v. Dayton Hudson Corporation*, No. 89–0529 ER (JRx), filed Feb. 1990.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Gila Products Limited*, No. 89–CV–7802, filed Nov. 1988.

Consent Judgment and Injunction in *Mag Instrument. Inc. v. Jadico Limited, Inc.*, No. 89–4259–CV–C–9, filed Jun. 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jadico Limited, Inc.*, No. 89–4260–CV–C–5, filed Jul. 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jomira/Advance, Inc.*, No. 89–20286 RPA, filed Aug. 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jomira/Advance, Inc.*, No. 89–20447 RFP, filed Aug. 1989.

Initial Determination, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Views of the Commission, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Decision in Mag v. The U.S. Int'l Trade Commission (Kassner Imports, Inc.; Brinkmann Corporation; Brinkmann International (Hong Kong), Ltd.; and J. Baxter Brinkmann International Corporation, Intervenors, — 88–1313 decided Feb. 15, 1989.

Notice of Issuance of General Exclusion Order, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

General Exclusion Order, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Opinion; Findings of Fact and Conclusions of Law, in *Kassnar Imports, Inc. v. Mag Instrument & Mag Instrument, Inc. v. Kassnar Imports, Inc.*— CV 86–802 FFF, filed Jan. 6, 1989.

Judgment in *Kassnar Imports, Inc. v. Mag Instrument & Mag Instrument, Inc. v. Kassnar Imports, Inc.* — CV 86–802 FFF, filed Jan. 6, 1989.

Xscribe Computer-Aided Trasncription—George Price Testimony Nov. 4, 1988 "Price—Direct", pp. DA–77 through DA–81.

Xscribe Computer-Aided Trasncription—Gerald Ford Testimony Nov. 2, 1988, pp. 4, 23 & '24.

Injunction and Partial Consent Judgment re *Mag Instrument, Inc. v. K Mart Corporation*, No. 89–1203–ER (JRx), filed Aug. 31, 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Longs Drug Stores Californai, Inc.*, No. C 619212, filed Jan. 22, 1990.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Outdoor Sports Headquarters, Inc.*, No. C–3–89–411, filed Oct. 13, 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Outdoor Sports Headquarters, Inc.*, No. C–3–89–410, filed Oct. 13, 1989.

Injunction and Consent Judgment in *Mag Instrument, Inc. v. Sears, Roebuck & Company*, No. 89–0972 ER (JRx), filed Dec. 13, 1989.

Injunction and Consent Judgment, in *Mag Instrument, Inc., v. Sears, Roebuck and Co.*, No. 89–0972 ER (JRx), filed Jan. 17, 1990.

Consent Judgment and Permanent Injunction, in *Mag Instrument, Inc. v. Streamlight, Inc.*, No. 85–6104 SVW(Kx), filed Jan. 16, 1986.

Final Judgment by Consent and Permanent Injunction, in *Mag Instrument, Inc. v. Streamlight, Inc.*, No. CV–87–02530 ER (JRx), filed Sep. 10, 1990.

Weston, "Mini Flash Lite", advertisement received in U.S. Patent & Trademark Office, Jul. 11, 1949.

Brinkmann, Micro-Max 1 package Insert, Copyright 1987, (Photocopies of flashlight Included in Package and Pictures of Disassembled Flashlight Enclosed).

EXHIBIT 3
PAGE 43

**U.S. Patent**          Oct. 17, 2006          **US D530,439 S**

*FIG. 1.*





*FIG. 2.*



*FIG. 3.*

EXHIBIT 3
PAGE 44

# EXHIBIT 4

Int. Cl.: 11

Prior U.S. Cl.: 21

## United States Patent and Trademark Office

Reg. No. 2,074,795

Registered July 1, 1997

## TRADEMARK
### PRINCIPAL REGISTER



MAG INSTRUMENT, INC. (CALIFORNIA COR-
    PORATION)
1635 SOUTH SACRAMENTO AVENUE
ONTARIO, CA 91776

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CL. 21).

FIRST USE 1-0-1984; IN COMMERCE 1-0-1984.

THE MARK IS THE SHAPE, STYLE AND OVERALL APPEARANCE OF THE FLASH-LIGHT ITSELF WHICH IS CHARACTERIZED BY THE RATIO OF THE LENGTH OF THE HEAD TO THE OVERALL LENGTH OF THE FLASHLIGHT, THE RATIO OF THE OUTER DIAMETER OF THE HEAD TO THE OUTER DIAMETER OF THE BARREL, AND THE PRO-FILE OF THE TRANSITION FROM THE GREATEST OUTER DIAMETER OF THE HEAD TO THE OUTER DIAMETER OF THE BARREL.

SEC. 2(F).

SER. NO. 74-403,053, FILED 6-14-1993.

RANDY RICARDO, EXAMINING ATTORNEY

EXHIBIT 4
PAGE 45

# EXHIBIT 5



EXHIBIT 5
PAGE 46



EXHIBIT 5
PAGE 47

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Carolyn Turchin.

The case number on all documents filed with the Court should read as follows:

## CV08- 2780 GAF (CTx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| MAG INSTRUMENT, INC., a California corporation,<br><br>v.          PLAINTIFF,<br><br>NATIONAL BROOM COMPANY OF CALIFORNIA, INC. dba JLR GEAR, a California corporation, and DOES 1-10,<br><br>DEFENDANTS. | CVCV8-02780   GAF (CTx)<br><br><br>SUMMONS |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney

Robert C. Weiss _____ , whose address is:

JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 489-3939

An answer to the ☒ COMPLAINT, ☐ _____ AMENDED COMPLAINT,
                                                              (1", 2", etc.)
☐ COUNTERCLAIM, ☐ CROSS-CLAIM which is herewith served upon you within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint.

CLERK, U. S. DISTRICT COURT

DATE: **APR 2 9 2008** _____   By   LA'REE HORN _____

                                          Deputy Clerk

(SEAL OF THE COURT)

1192

CV-1A (01/01)                            SUMMONS

2002 © American LegalNet, Inc.

**CIVIL COVER SHEET**

| **(a) PLAINTIFFS** (Check box if you are representing yourself □ ) | **DEFENDANTS** |
|---|---|
| MAG INSTRUMENT, INC., a California corporation | NATIONAL BROOM COMPANY OF CALIFORNIA, INC. dba JLR GEAR, a California corporation, and DOES 1-10 |

| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): <br> San Bernardino | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|

| **(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> Robert C. Weiss <br> **JONES DAY** <br> 555 South Flower Street, 50th Floor <br> Los Angeles, CA 90071 <br> (213) 489-3939 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant    □ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify):    □ 6 Multi-District Litigation    □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:**   **JURY DEMAND:** ☒ Yes   □ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes   ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** To Be Determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Patent Infringement -- 35 United States Code, Section 271, et seq.
Trademark Infringement – 15 United States Code, Section 1051, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | □ 530 General | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 380 Other Personal Property Damage | □ 535 Death Penalty | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | **BANKRUPTCY** | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| □ 470 Racketeer Influenced and Corrupt Organizations | □ 151 Medicare Act | □ 345 Marine Product Liability | □ 422 Appeal 28 USC 158 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 480 Consumer Credit | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 350 Motor Vehicle | □ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| □ 490 Cable/Sat TV | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | □ 610 Agriculture | □ 820 Copyrights |
| □ 810 Selective Service | | □ 360 Other Personal Injury | □ 441 Voting | □ 620 Other Food & Drug | ☒ 830 Patent |
| □ 850 Securities/Commodities /Exchange | □ 160 Stockholders' Suits | □ 362 Personal Injury-Med Malpractice | □ 442 Employment | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 840 Trademark |
| □ 875 Customer Challenge 12 USC 3410 | □ 190 Other Contract | □ 365 Personal Injury-Product Liability | □ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| □ 891 Agricultural Act | □ 195 Contract Product Liability | □ 368 Asbestos Personal Injury Product Liability | □ 444 Welfare | □ 630 Liquor Laws | □ 861 HIA (1395ff) |
| □ 892 Economic Stabilization Act | □ 196 Franchise | | □ 445 American with Disabilities - Employment | □ 640 R.R. &Truck | □ 862 Black Lung (923) |
| □ 893 Environmental Matters | **REAL PROPERTY** | | □ 446 American with Disabilities - Other | □ 650 Airline Regs | □ 863 DIWC/DIWW (405(g)) |
| □ 894 Energy Allocation Act | □ 210 Land Condemnation | | □ 440 Other Civil Rights | □ 660 Occupational Safety /Health | □ 864 SSID Title XVI |
| □ 895 Freedom of Info. Act | □ 220 Foreclosure | | | □ 690 Other | □ 865 RSI (405(g)) |
| □ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | □ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| □ 950 Constitutionality of State Statutes | □ 240 Torts to Land | | | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| □ 890 Other Statutory Actions | □ 245 Tort Product Liability | | | | □ 871 IRS-Third Party 26 USC 7609 |
| | □ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No   □ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number:

CV-71 (12/04)      **CIVIL COVER SHEET**      American LegalNet, Inc.    www.USCourtForms.com    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐ No ☒ Yes

If yes, list case number(s): <u>See Notice Of Related Cases</u>

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
☐ B. Involve the same or substantially the same parties or property;
☒ C. Involve the same patent, trademark or copyright;
☐ D. Call for determination of the same or substantially identical questions of law, or
☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

San Bernardino

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Los Angeles

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Chas. A. Vitor_     Date April 29, 2008

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |